UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Orlando A. Acosta - Write in Candidate Republican

Edward Lloyd - Write in Candidate Democrat

*(In the space above enter the full name(s) of the plaintiff(s).)*

17 1462

- against -

Democratic City Committee
Emilio Vasgvey - Wardleader/Candidate
Carlos Matos - Wardleader
Elaine Tomlin - Wardleader
Jewell Williams - Wardleader
Dwayne Lilley - Wardleader
Shirley Gregory - Wardleader
El-Amor Browne-Ali - Wardleader
Leslie Acosta - Former State Rep.

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I. Parties in this complaint:**

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name           Orlando A. Acosta
          Street Address  524 W. York Street
          County, City    (Phila) Philadelphia, Pa. 19133
          State & Zip Code 19133
          Telephone Number (267) 414-8774

*Rev. 10/2009*

4. Edward Lloyd - 222 E. Mentor Street, Phila, Pa. 19120
   (215) 900-9086

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name _Democratic City Committee - ATTN: Chairma Bob Brady_
Street Address _219 Spring Garden Street_
County, City _Philadelphia, Philadelphia_
State & Zip Code _19123_

Defendant No. 2   _43rd_
Name _Emilio Vasquez_
Street Address _3643 N. Percy Street_
County, City _(Phila) Philadelphia_
State & Zip Code _Pa. 19140 - (215) 276-0995_

Defendant No. 3   _19R_
Name _Carlos Matos_
Street Address _2122 N. Hancock Street_
County, City _(Phila) Philadelphia_
State & Zip Code _Pa. 19133 - (215) 425-0154_

Defendant No. 4   _42nd_
Name _Elaine Tomlin_
Street Address _4831 N. 5th Street_
County, City _(Phila) Philadelphia_
State & Zip Code _Pa. 19120 - (215) 457-4024_

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   Q Federal Questions        Q Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _Election Fraud_

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    16ᵗʰ
Name  Jewell Williams
Street Address  2343 N. Smedley Street
County, City  (Phila.) Philadelphia
State & Zip Code  Pa.  19132  —  (215) 686-3530

Defendant No. 2    11ᵗʰ
Name  Dwayne Lilley
Street Address  2823 N. Croskey Street
County, City  Philadelphia, Philadelphia
State & Zip Code  Pa.  19132  -  (267) 432-3665

Defendant No. 3    49ᵗʰ
Name  Shirley Gregory
Street Address  5803 N. 2ⁿᵈ Street
County, City  (Phila.) Philadelphia
State & Zip Code  Pa.  19141 -  (215) 276-0995

Defendant No. 4    37ᵗʰ
Name  EL-Amor Browne-Ali
Street Address  939 W. Silver Street
County, City  (Phila.) Philadelphia
State & Zip Code  Pa.  19133 -  (215) 223-9329

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
   Q  Federal Questions         Q  Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  Fraud - Election

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name  _Leslie Acosta_
Street Address  _2527 N. Pule Thorp St._
County, City  _(Phila) Philadelphia_
State & Zip Code  _Pa  19133 - (215) 427-0617_

Defendant No. 2
Name  _N/A_
Street Address  _N/A_
County, City  _N/A_
State & Zip Code

Defendant No. 3
Name  _N/A_
Street Address  _N/A_
County, City
State & Zip Code

Defendant No. 4
Name  _N/A_
Street Address  _N/A_
County, City
State & Zip Code

## II.  Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    Q  Federal Questions        Q  Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?  _Election Fraud._

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _Pennsylvan—_

Defendant(s) state(s) of citizenship _Pennsylvan—_

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? _Tuesday March 21st 2017 in Philadelphia County, District 197th Special Election from 7:00 am – 8 pm._

B. What date and approximate time did the events giving rise to your claim(s) occur? _Tuesday March 21st, 2017_

C. Facts: _We all were victim of an unfair and Election laws & Regulations that were violated. Cheating was being done by Election Board Members and Wardleader and former State (Convicted Felon) Representative and Committee people. 2) Prior Convicted felons of Fraud was Directly Involved._

[What happened to you?]

1.) Democratic City Committee allowed Leslie Acosta stay on Ballot after she pled Guilty to Corruption and other charges, prior to the Primary and General Election in 2016. Which led upto a Special Election in 2017.

[Who did what?]

2.) Democratic City Committee & Wardleaders conspired to Commit Fraudulent Acts in order to Assure the Nomination of Their Candidate Freddie Ramirez who did not live in The 197th District. The Commonwealth Court Removed Freddie Ramirez on Friday March 10th, 2017 due to not living in The District. The Courts had previously given the Democratic Party until Monday March 6th 2017 to switch Their Nomination but they choose to stay with Freddie Ramirez. Then on Saturday March 11th, 2017 the Democratic City Committee held another meeting

[Was anyone else involved?]

[Who else saw what happened?]

Rev. 10/2009           - 3 -

_were inside The polling Places Turning Voters away or Assist_

Continued Page #3

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship ___Pennsylvania___

Defendant(s) state(s) of citizenship ___Pennsylvania___

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Tuesday March 21st, 2017 in Philadelphia County, District 197 Special Election from 0700 AM – 0800 PM

B. What date and approximate time did the events giving rise to your claim(s) occur? Tuesday March 21st, 2017 from 0700 AM – 0800 PM

C. Facts: at 219 Spring Garden Street to Nominate another Candidate (Emilio Vasquez) without inviting all Elected Committee people. Then they Filed to get Write-in Candidate Emilio Vasquez on the Ballot. But the Court Denied it. Then Candidate Emilio Vasquez falsified literature that he was the only Democratic Candidate on the Ballot and in Actuality he was a Write-In Candidate like the rest of us. But the Democratic City Committee and Ward leaders and Emilio Vasquez was misleading the voters of the 197th District. The Higher Court ruled against the Democratic Party in Placing Emilio Vasquez on the Ballot. Leaving only the Republican Candidate on the Ballot. Any and All other Candidates or Parties had to Run as a Write-In Candidate. In which No other Write-In Candidate Party Ward-leaders Committee people, Former State Representative (Convicted Felons) were allowed to receive or participate in the Polling Place as a Watcher Certificate. Only the Republican Party was allowed to have Watcher Certificate. Several Wardleaders were inside the polling places Turning Voters away or Assist Voters to Vote for Emilio Vasquez.

Rev. 10/2009                               - 3 -

What happened to you?

Who did what?

Was anyone else involved?

Who else saw what happened?

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

We all were victims of un-do Election (Special) process. We all spent Thousands of Dollars for literature and Pens, and Election Day workers. We witnessed Wardleaders and Committeepeople ripping out literature off the walls. The voters were being Turned away the Democratic Party, set up Misleading Tables with Sign-in sheets, and Paid Ballot showing people To Write-In Emilio Vasquez only. All complaints were reported to Police and District Attorneys office.

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

1. Stop The Certification of Emilio Vasquez & Validate of Election (Special)
2. Throw The Special Election out That Took place on March 21st, 2017
3. Request The Election be redone with Federal Control over The New Election. No Local or State Control.
4. Ban Wardleaders and Committeepeople from participating
5. Remove Current Boards Judges, Minority Inspector, Majority Inspector, Machine Operator, and Bilingual Interpreter, Due to cheating and not living in the Divisions
6. Place all Write-In Candidates That ran Honestly, Fairly, and followed the laws on The Ballot.
7. Disqualify all Cheaters Known or Proven to be Fraudulent. Banned from running again.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 31st day of March, 20 17.

Signature of Plaintiff: Orlando M Crott

Mailing Address: 524 W. York Street
Phila, Pa. 19133

Telephone Number: (267) 414-8770

Fax Number (if you have one): N/A

E-mail Address: Orlando Acosta 688@gmail.com
EdLloyd4Thepeople@yahoo.com

(additional signature): Edward M. Lloyd
215-900-9086

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this _____ day of _____, 20 ___, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: N/A

Inmate Number: _____

# VOTE FOR
# EDWARD M. LLOYD, JR.

Dear Friend,

My name is Edward Lloyd a long time and dedicated City and State Elected Committeeman 2nd and 3rd Senatorial Districts 42nd for 8 years, City Committeeman for 26 years and former Ward Chairman of the 42nd Ward, 6th and 21st Divisions some of you may know me and a few of you may have heard of me.

I still remember the words of my father Edward Lloyd, Sr. My father said, "Son, I am a servant of the people. An opportunity to help people means everything to me." When I would hear comments like these, it would only strengthen my resolve to follow in his footsteps in politics. I knew at an early age watching my father that hard work paid off. I shocked the so-called naysayers in 2009 when I won as a write in for Pennsylvania Democratic Executive State Committee serving the 2nd Senatorial District. This was a historic victory. Now I'm beginning another historic campaign. And I need you to be part of it. I, respectfully and graciously ask for your support as the Write-In Candidate since the nominated candidate was recently removed by court order. Presently, the Democrats cannot afford to lose this seat to the Republicans or any other party. I have the easiest name as a Write-In "Ed Lloyd" and I have been somewhat successful in previous elections in getting voters to Write me. In the past, I acquired the most Write-In Votes, but unfortunately I did not win enough votes to beat the incumbent. In spite of this, I never gave up fighting to represent the people in the 197th District, but with your support as the --Committeemen/Committeewomen in the 197th -- Together" we can prevent losing this seat to the Republicans. I am prepared to fight for this seat in the special election on March 21, 2017. I am asking for your help. Together we can win and I will not let you down. All I am asking you for is an opportunity to serve the people. Peace and Blessings.

Thank you,
Ed Lloyd, #197th
(215)900-9086
EdLloyd4thepeople@yahoo.com

P.O. Box 46074, Philadelphia, PA 19160  [215] 900-9086
EDLLOYD4THEPEOPLE@YAHOO.COM

PAID FOR BY THE FRIENDS OF EDWARD LLOYD, JR.

**FOR IMMEDIATE RELEASE**
February 25, 2017

**CONTACT:** Edward Lloyd, Jr.
Tel.: [215] 900-9086
Email: edlloyd4thepeople@yahoo.com



# EDWARD M. LLOYD, JR. ANNOUNCES CANDIDACY FOR STATE REPRESENTATIVE 197TH DISTRICT SEAT AS A WRITE-IN

Philadelphia, PA, February 25, 2017 – Family, friends and supporters will be at his side, Edward M. Lloyd, Jr. will announce his candidacy for State Representative 197th District seat as a write-in.

In his announcement today Edward Lloyd, Jr. described his vision to "Stand for the people in education, employment and fight against crime."

Lloyd, Jr., has dedicated years of service as a community leader, committeeman and activist. "I am one of you; one of 'The People," said Ed Lloyd, Jr. "I believe that my life's experiences, work in the community, my reputation for standing up for the people, my abilities and understanding of the issues uniquely qualify me to be an authentic representative to "Stand for the People "and position me as the best candidate for Pennsylvania State Representative 197th District in 2017."

"There are some who have forgotten the people", Lloyd, Jr. has vowed to help as many people as he possibly can with employment, education and a reduction in crime. The City of Philadelphia politicians needs to recommit to the enduring principles on which politics was founded. Lloyd, Jr., proclaimed the only way to beat the machine is to teach people not to vote just straight democratic or straight republican, but vote the best person in for the job. "We need to stop acting like the people do not exist when there are fresh bold and principled leaders who have the courage and conviction to commit and help the people. We need a representative whose motivation for seeking elected office is not driven by the same old pile of tricks that need to be exposed, rather, the desire to serve the "People" as a public servant leader.

For the upcoming weeks, Lloyd, Jr., will expand his campaign as a write-in and he will reach out across the district getting his message to the people of the 197th State Representative District in Philadelphia.

Born into politics, Lloyd Jr., is the son of the late Edward Lloyd, Sr., the first African-American man in Philadelphia to run for office of State Representative in 1966. Lloyd, Jr., has more than twenty years of political experience – four of them as a State Committeeman working in the Feltonville business corridor and community. Lloyd Jr., also served as a Judge of Elections for over twenty years. He is the founder of the Feltonville Business Association and works tirelessly for the people. Lloyd, Jr. lives in the Feltonville area with his family.

Mr. Ed Lloyd, Jr. has never backed down from a tough fight. Now's our chance to band together and fight for him - and help him hit this HUGE milestone by following the footsteps of his beloved father by becoming State Representative of the 197th District as a write-in! If we are able to do this, the people will win.

To interview Edward M. Lloyd, Jr., contact him at [215] 900-9086.



2/23/2017

**MARCH 21, 2017 SPECIAL ELECTION**
**197th LEGISLATIVE DISTRICT**

|    | Wd | Div | POLLING PLACE | Address | PP |
|----|----|----|---------------|---------|----|
| 39 | 42 | 02 | BARTON SCHOOL | B ST & WYOMING AVE | ML |
| 40 | 42 | 03 | BETHEL WORSHIP CENTER | 169 W WYOMING AVE | AN |
| 41 | 42 | 04 | CAYUGA SCHOOL | 4344 N 05TH ST | MN |
| 42 | 42 | 05 | VAIRD-FELTONVILLE YOUTH CLUB | 4800 WHITAKER AVE | FL |
| 43 | 42 | 06 | WYOMING BRANCH LIBRARY | B ST & WYOMING AVE | ML |
| 44 | 42 | 07 | BETHEL WORSHIP CENTER | 169 W WYOMING AVE | AN |
| 45 | 42 | 08 | FELTONVILLE INTERMED SCHOOL | 238 E WYOMING AVE | MN |
| 46 | 42 | 09 | BETHEL WORSHIP CENTER | 169 W WYOMING AVE | AN |
| 47 | 42 | 10 | VAIRD-FELTONVILLE YOUTH CLUB | 4800 WHITAKER AVE | FL |
| 48 | 42 | 11 | FELTONVILLE INTERMED SCHOOL | 238 E WYOMING AVE | MN |
| 49 | 42 | 22 | WYOMING BRANCH LIBRARY | B ST & WYOMING AVE | ML |
| 50 | 43 | 01 | EL SHADDEI CHURCH | 4244 OLD YORK RD | ML |
| 51 | 43 | 02 | ESPERANZA HEALTH CENTER | 4417 N 06TH ST | MN |
| 52 | 43 | 03 | CAYUGA SCHOOL | 4344 N 05TH ST | MN |
| 53 | 43 | 04 | HUNTING PARK REC CENTER | 1001 W HUNTING PARK AVE | MN |
| 54 | 43 | 05 | HUNTING PARK REC CENTER | 1001 W HUNTING PARK AVE | MN |
| 55 | 43 | 06 | ESPERANZA HEALTH CENTER | 4417 N 06TH ST | MN |
| 56 | 43 | 07 | LENFEST CENTER | 10TH & PIKE STS | MN |
| 57 | 43 | 08 | LENFEST CENTER | 10TH & PIKE STS | MN |
| 58 | 43 | 09 | BETHUNE SCHOOL | OLD YORK RD & ONTARIO ST | ML |
| 59 | 43 | 10 | BETHUNE SCHOOL | OLD YORK RD & ONTARIO ST | ML |
| 60 | 43 | 11 | TAYLOR SCHOOL | RANDOLPH ST & ERIE AVE | RL |
| 61 | 43 | 12 | TAYLOR SCHOOL | RANDOLPH ST & ERIE AVE | RL |
| 62 | 43 | 13 | BETHUNE SCHOOL | OLD YORK RD & ONTARIO ST | ML |
| 63 | 43 | 14 | BETHUNE SCHOOL | OLD YORK RD & ONTARIO ST | ML |
| 64 | 43 | 15 | BETHUNE SCHOOL | OLD YORK RD & ONTARIO ST | ML |
| 65 | 43 | 16 | BETHUNE SCHOOL | OLD YORK RD & ONTARIO ST | ML |
| 66 | 43 | 17 | TAYLOR SCHOOL | RANDOLPH ST & ERIE AVE | RL |
| 67 | 43 | 18 | TAYLOR SCHOOL | RANDOLPH ST & ERIE AVE | RL |
| 68 | 43 | 19 | LENFEST CENTER | 10TH & PIKE STS | MN |
| 69 | 43 | 20 | TAYLOR SCHOOL | RANDOLPH ST & ERIE AVE | RL |
| 70 | 43 | 21 | LENFEST CENTER | 10TH & PIKE STS | MN |
| 71 | 43 | 22 | PGW BUILDING | BROAD ST & ERIE AVE | FL |
| 72 | 43 | 23 | PGW BUILDING | BROAD ST & ERIE AVE | FL |
| 73 | 43 | 24 | CHAMPION LEARNING CENTER | 3949 N BROAD ST | MN |
| 74 | 43 | 25 | LENFEST CENTER | 10TH & PIKE STS | MN |
| 75 | 49 | 01 | PAN AMERICAN CLINIC | 4521 N 05TH ST | RN |

2/23/2017

**MARCH 21, 2017 SPECIAL ELECTION**
**197th LEGISLATIVE DISTRICT**

|    | Wd | Div | POLLING PLACE | Address | PP |
|----|----|----|----|----|----|
| 1  | 11 | 01 | OFFICE | 1701 W LEHIGH AVE | BL |
| 2  | 11 | 02 | NORTH PHILA MUNICIPAL BUILDING | 22ND & SOMERSET STS | MN |
| 3  | 11 | 03 | HERITAGE PARK RECREATION CTR | SYDENHAM & CLEARFIELD STS | MN |
| 4  | 11 | 07 | NORTH PHILA MUNICIPAL BUILDING | 22ND & SOMERSET STS | MN |
| 5  | 11 | 08 | PANATI RECREATION CENTER | 22ND & CLEARFIELD STS | FL |
| 6  | 11 | 11 | WOODSTOCK HOMES COMM ROOM | 2829 N LAMBERT ST | ML |
| 7  | 11 | 13 | CHURCH ANNEX BUILDING | 1628 W ALLEGHENY AVE | MN |
| 8  | 11 | 19 | WOODSTOCK HOMES COMM ROOM | 2829 N LAMBERT ST | ML |
| 9  | 11 | 20 | NORTH PHILA MUNICIPAL BUILDING | 22ND & SOMERSET STS | MN |
| 10 | 16 | 01 | SUSQUEHANNA VILLAGE | 1421 W SUSQUEHANNA AVE | FN |
| 11 | 16 | 02 | SUSQUEHANNA VILLAGE | 1421 W SUSQUEHANNA AVE | FN |
| 12 | 16 | 03 | KIPP PHILA CHARTER SCHOOL | 2539 N 16TH ST | NN |
| 13 | 16 | 04 | KIPP PHILA CHARTER SCHOOL | 2539 N 16TH ST | NN |
| 14 | 16 | 05 | KIPP PHILA CHARTER SCHOOL | 2539 N 16TH ST | NN |
| 15 | 19 | 01 | RIVERA RECREATION CENTER | 05TH ST & ALLEGHENY AVE | BL |
| 16 | 19 | 02 | MUNIZ MARIN SCHOOL | 03RD & ONTARIO STS | FH |
| 17 | 19 | 03 | MUNIZ MARIN SCHOOL | 03RD & ONTARIO STS | FH |
| 18 | 19 | 04 | MUNIZ MARIN SCHOOL | 03RD & ONTARIO STS | FH |
| 19 | 19 | 05 | POTTER THOMAS SCHOOL | 06TH ST & INDIANA AVE | ML |
| 20 | 19 | 06 | CONGRESO EDUC & TRAINING CTR | 2800 N AMERICAN ST | FH |
| 21 | 19 | 07 | CONGRESO EDUC & TRAINING CTR | 2800 N AMERICAN ST | FH |
| 22 | 19 | 08 | POTTER THOMAS SCHOOL | 06TH ST & INDIANA AVE | ML |
| 23 | 19 | 09 | FAIRHILL COMMUNITY HIGH SCHOOL | 2820 N 04TH ST | MH |
| 24 | 19 | 10 | GARAGE | 2354 N MASCHER ST | RN |
| 25 | 19 | 11 | HUNTER SCHOOL | 2400 N HOWARD ST | FH |
| 26 | 19 | 12 | NORRIS SQUARE UN PRES CHURCH | HANCOCK ST & SUSQUEHANNA AVE | MN |
| 27 | 19 | 13 | WELSH SCHOOL | 04TH & YORK STS | FL |
| 28 | 19 | 14 | MCKINLEY SCHOOL | ORKNEY & DIAMOND STS | MN |
| 29 | 19 | 15 | MCKINLEY SCHOOL | ORKNEY & DIAMOND STS | MN |
| 30 | 19 | 16 | SCHOOL DISTRICT REGION OFFICE | 2603 N 05TH ST | MN |
| 31 | 19 | 17 | WELSH SCHOOL | 04TH & YORK STS | FL |
| 32 | 19 | 18 | WELSH SCHOOL | 04TH & YORK STS | FL |
| 33 | 19 | 19 | FIRE ENGINE CO #02 | 2426 N 02ND ST | ML |
| 34 | 37 | 15 | HARTRANFT SCHOOL | 08TH & CUMBERLAND STS | MN |
| 35 | 37 | 16 | POTTER THOMAS SCHOOL | 06TH ST & INDIANA AVE | ML |
| 36 | 37 | 18 | BEAUTY SCHOOL | 2751 GERMANTOWN AVE | NN |
| 37 | 37 | 19 | POTTER THOMAS SCHOOL | 06TH ST & INDIANA AVE | ML |
| 38 | 37 | 20 | POTTER THOMAS SCHOOL | 06TH ST & INDIANA AVE | ML |



# ORLANDO ACOSTA

A community activist and advocate who believes that communities are made better by those willing to serve and by focusing on education.



## Running for State Representative 197 District

### EDCATION
We must address the inequality in education especially when it comes to our children. The children of the 197 must be fairly represented and I am commitment to making that happen. Both Harrisburg and The School District of Philadelphia must be held accountable.

### JOBS
The only way to rebuild our communities is by bringing jobs and commerce to our community. We must have economic plan that will provide jobs and job opportunities in growth industries.

### CRIME, GUNS, AND DRUGS
Unless something is done to address crime, guns, and drugs all efforts to improvement our community will be limited. From day one of my administration I will form a task force to address these matters. We must investment in our community and that investment starts with understanding our community. While no one wants crime in any community, crime happens. We must work together to mitigate the root causes.

### COMMUNITY EMPOWERMENT
We must give voice to our community. Please vote for me so that I may give an audience to that voice. Please vote for Orlando Acosta for State Rep for the 197.

## I AM RUNNING AS A WRITE-IN CANDIDATE

## *Tomorrow* Tuesday, March 21, 2017
## Special Election Day

Paid for By friends of Orlando A.

Who's Running As a Write-In in the 197th District?  3/4/17, 8:09 AM



(http://fstpobbr



🏠 (http://www.philadelinquency.com) / Shitshows
(http://www.philadelinquency.com/category/shitshows/) / A Show You Don't Wanna Miss: The 197

**Lyft™ $500 Driver Bonus** — Earn Tips & Make Up To $35/Hour Driving with Lyft. Limited Time Offer - Apply Now!

## A Show You Don't Wanna Miss: The 197

🕐 March 1, 2017 (http://www.philadelinquency.com/2017/03/01/a-show-you-dont-wanna-miss-the-197/) 
Master Blaster (http://www.philadelinquency.com/author/christoofar/)

There hasn't been a special election in Philadelphia in recent times that's turned into a soap opera like this election has.

You probably have noticed all the stories (like this one (http://www.philadelinquency.com/2017/02/08/is-it-too-much-to-ask-that-you-live-in-philly-if-you-want-to-represent-philadelphians/), and this one (http://www.philadelinquency.com/2017/02/23/breaking-news-sole-democrat-booted-off-ballot-for-not-living-in-the-city/), and that one (http://www.philadelinquency.com/2017/02/25/the-philadelphia-democratic-dumpster-fire-rages/), or this one (http://www.philadelinquency.com/2017/02/28/state-rep-angel-cruz-volunteers-to-help-save-the-197th-district/)) about this little-known PA House rep seat.

But there's more than just your typical implosion of the local Democratic machine going on here. A lot of lower-ranking committee-people in the Philadelphia Democratic City Committee are royally pissed-off about the corruption from former State Rep. Leslie Acosta which led to her resignation and this special election.

### CourtWatch

A database of arrests made in Philadelphia. Updates hourly.
(http://www.philadelinquency.com/courtwatch)

Search

**Recent Posts**

- Bob Brady's "The Hispanics" Comment (http://www.philadelinquency.com/2017/03/03/bob-bradys-the-hispanics-comment/)
- BREAKING: Democrats Have Lost Appeal To Get on 197th District Ballot (http://www.philadelinquency.com/2017/03/03/breaking-democrats-have-lost-appeal-to-get-on-197th-district-ballot/)
- BEWARE! Soda Tax Inspectors Are OUT TO GET YOU! (http://www.philadelinquency.com/2017/03/02/beware-soda-tax-inspectors-are-out-to-get-you/)
- A Show You Don't Wanna Miss: The 197 (http://www.philadelinquency.com/2

Most of the anger is directed towards how local Democratic City Committee ward leaders even pick these losers in the first place. For all the work they do as committee-people, complaints have arisen in the local Democratic Party that no one is being consulted or gets a voice in how these folks are even picked. Those decisions are all made at the top.

One committee-person who is incensed is **Emmanuel Bussey** (https://www.facebook.com/ebussie). Here he is in his own words on WURD 900AM (jump to 6 minutes in)...

- 017/03/01/a-show-you-dont-wanna-miss-the-197/)
- State Rep. Angel Cruz Volunteers to Help Save the 197th District (http://www.philadelinquency.com/2017/02/28/state-rep-angel-cruz-volunteers-to-help-save-the-197th-district/)

Recent Comments

ll1l1llll1lL (http://www.philadelinquency.com/) on Bob Brady's "The Hispanics" Comment (http://www.philadelinquency.com/2017/03/03/bob-bradys-the-hispanics-comment/#comment-3743)

Texas Tommy on Bob Brady's "The Hispanics" Comment (http://www.philadelinquency.com/2017/03/03/bob-bradys-the-hispanics-comment/#comment-3742)

Brian Sidi on BREAKING: Democrats Have Lost Appeal To Get on 197th District Ballot (http://www.philadelinquency.com/2017/03/03/breaking-democrats-have-lost-appeal-to-get-on-197th-district-ballot/#comment-3741)

FMTGuy2 on BREAKING: Democrats Have Lost Appeal To Get on 197th District Ballot (http://www.philadelinquency.com/2017/03/03/breaking-democrats-have-lost-appeal-to-get-on-197th-district-ballot/#comment-3740)

BigTime_TJ on BREAKING: Democrats Have Lost Appeal To Get on 197th District Ballot (http://www.philadelinquency.com/2017/03/03/breaking-democrats-have-lost-appeal-to-get-on-197th-district-ballot/#comment-3739)



We allow this madness to continue. It's now time to STOP IT!

I've promised to bring you some updates on who the write-in candidates are for the 197th District. Here's the ones I know about so far:

# Edward Lloyd

Categories

- #CommunitySnooz (http://www.philadelinquency.com/category/communitysnooz/)



Here's his Facebook (https://www.facebook.com/edward.lloyd.31).

*Edward Lloyd* his own words:

> My name is Edward Lloyd a long time and dedicated City and State Elected Committeeman 2nd and 3rd Senatorial Districts 42nd for 8 years, City Committeeman for 26 years and former Ward Chairman of the 42nd Ward, 6th and 21st Divisions some of you may know me and a few of you may have heard of me.
>
> I still remember the words of my father Edward Lloyd, Sr. My father said, "Son, I am a servant of the people. An opportunity to help people means everything to me." When I would hear comments like these, it would only strengthen my resolve to follow in his footsteps in politics. I knew at an early age watching my father that hard work paid off. I shocked the so-called naysayers in 2009 when I won as a write in for Pennsylvania Democratic Executive State Committee serving the 2nd Senatorial District. This was a historic victory. Now I'm beginning another historic campaign. And I need you to be part of it. I, respectfully and graciously ask for your support as the Write-In Candidate since the nominated candidate was recently removed by court order.
>
> *Presently, the Democrats cannot afford to lose this seat to the Republicans or any other party. I have the easiest name as a Write-In "Ed Lloyd" and I have been somewhat successful in previous elections in getting voters to Write me.* In the past, I acquired the most Write-In Votes, but unfortunately I did not win enough votes to beat the incumbent. In spite of this, I never gave up fighting to represent the people in the 197th District, but with your support as the –Committeemen/Committeewomen in the 197th — Together" we can prevent losing this seat to the Republicans. I am prepared to fight for this seat in the special election on March 21, 2017. I am asking for your help. Together we can win and I will not let you down. All I am asking you for is an opportunity to serve the people.

# Orlando Acosta

Here's his Facebook (https://www.facebook.com/landoacosta).

- Act 90 (http://www.philadelinquency.com/category/act90/)
- Advertising (http://www.philadelinquency.com/category/advertising/)
- Affordable Housing (http://www.philadelinquency.com/category/affordable-housing-2/)
- Anti-Gentrification (http://www.philadelinquency.com/category/anti-gentrification/)
- Assessments (http://www.philadelinquency.com/category/assessments/)
- AVI (http://www.philadelinquency.com/category/avi/)
- AWESOME (http://www.philadelinquency.com/category/awesome/)
- Bag of Holdings (http://www.philadelinquency.com/category/bag-of-holdings/)
- Baltimore (http://www.philadelinquency.com/category/baltimore/)
- Beer Gardens (http://www.philadelinquency.com/category/beer-gardens/)
- BLM (http://www.philadelinquency.com/category/blm/)
- Blumberg/Sharswood (http://www.philadelinquency.com/category/blumbergsharswood/)
- Chaka Fattah (http://www.philadelinquency.com/category/chaka-fattah/)
- Charter Schools (http://www.philadelinquency.com/category/charter-schools/)
- City Beautiful (http://www.philadelinquency.com/category/city-beautiful/)
- City Councilman Kenyatta Johnson (http://www.philadelinquency.com/category/city-councilman-kenyatta-johnson/)
- Collapse Watch (http://www.philadelinquency.com/category/collapse-watch/)
- COLLAPSEWATCH (http://www.philadelinquency.com/c



Orlando Acosta (seated) with Rev. Al Sharpton

*Orlando Acosta* is a perennial candidate for the 197th District. He ran against Leslie Acosta (no relation). After it was learned that she had secretly pled guilty to conspiracy for money laundering, Acosta filed a challenge in Commonwealth Court to have Leslie Acosta's re-election victory invalidated (http://www.phillyrecord.com/2016/12/pols-on-the-street-das-primary-may-see-more-challengers/). Orlando Acosta was a write-in candidate last year and claimed in his suit that because Acosta's candidacy was void, he should have won the state representative seat.

He has been a vocal critic of Leslie Acosta's time serving as the 197th District state representative.

# Cheri Honkala



Here's her Facebook (https://www.facebook.com/cheri.honkala)

- ategory/collapsewatch/)
- Conservatorship (http://www.philadelinquency.com/category/conservatorship/)
- Councilmanic Prerogative Disasters (http://www.philadelinquency.com/category/councilmanic-prerogative-disasters/)
- Crime (http://www.philadelinquency.com/category/crime/)
- Development (http://www.philadelinquency.com/category/development/)
- DocGate (http://www.philadelinquency.com/category/docgate/)
- Fishtown Neighbors Association (http://www.philadelinquency.com/category/fishtown-neighbors-association/)
- FOR SALE (http://www.philadelinquency.com/category/for-sale/)
- Foreclosure (http://www.philadelinquency.com/category/foreclosure/)
- Freeloaders (http://www.philadelinquency.com/category/freeloaders/)
- FUCK ISIS (http://www.philadelinquency.com/category/fuck-isis/)
- Gianni Pignetti (http://www.philadelinquency.com/category/gianni-pignetti/)
- How To Find Stuff (http://www.philadelinquency.com/category/how-to-find-stuff/)
- Internet Moms (http://www.philadelinquency.com/category/internet-moms/)
- Kenyatta Johnson (http://www.philadelinquency.com/category/kenyatta-johnson/)
- Legal Threats (http://www.philadelinquency.com/category/legal-threats/)
- Life In The City (http://www.philadelinquency.com/category/life-in-the-city/)
- Municipal Incompetence (http://www.philadelinquency.com/c