In The United States District Court
For The Eastern District of Pennsylvania

Orlando A. Acosta
5224 W. York street
Philadelphia, Pa 19133
 and
Edward Lloyd
222 E. Mentor street
Philadelphia, Pa. 19120


   vs.


Democratic City Committee (Phila)
219 Spring Garden Street
Philadelphia, Pa. 19123
  and


Pedro Cortes, Sec. of Comm of Pa.
office of The Secretary
302 N. office Building
Harrisburg, Pa. 17120
  and


Department of State, Bureau of Elec.
Commission, and Legislation
210 N. office Building
Harrisburg, Pa. 17120
  and

Amendment
Docket No. 17-1462

RECEIVED
APR 10 2017

In The United States District Court
For The Eastern District of Pennsylvania

Commissioner, Anthony Clark         :
Phila. City Commissioner off        :
City Hall, Room 130                 :
Phila, Pa. 19107                    :
        and                              Docket No 17-1462

Commissioner, Lisa Deeley           :
Phila City Commissioner off         :
City Hall Room 132                  :
Philadelphia, Pa. 19107             :
        and

Commissioner, AL Schmidt            :
Phila, City Commissioner off        :
City Hall, Room 134                 :
Philadelphia Pa. 19107              :
        and

Committee of Seven,                 :
123 S. Broad Street #1800           :
Philadelphia, Pa. 19107             :
        and

Emilio Vasquez, Wardleader          :
3643 N. Percy Street                :
Philadelphia, Pa. 19140             :
        and

In The United States District Court
For The Eastern District of Pennsylvania.

Carlos Matos, Wardleader        :
2122 N. Hancock Street          :
Philadelphia, Pa. 19133         :
          and                            Docket No. 17-1462

Elaine Tomlin, Wardleader       :
4831 N. 5th Street              :
Philadelphia, Pa. 19120         :
          and

Jewell Williams, Wardleader     :
2343 N. Smedley Street          :
Philadelphia, Pa. 19132         :
          and

Dwayne Lilley, Wardleader       :
2823 N. Croskey Street          :
Philadelphia, Pa. 19132         :
          and

Shirley Gregory, Wardleader     :
5803 N. 12th Street            :
Philadelphia, Pa. 19141         :
          and

El-Amor Brown Al, Wardld.       :
939 W. Silver Street            :
Philadelphia, Pa. 19133         :

In The United States District Court
For The Eastern District of Pennsylvania.

Leslie Acosta, Former State Rep :
2527 N. Pale Thorp Street        :
Philadelphia, Pa. 19133          :
          and                              Docket No. 17-1462

Mike Turzai, State Rep. Speaker of House
Pennsylvania House of Representatives :
139 Main Capitol Bldg.               :
P.O. Box 202028                      :
Harrisburg, Pa. 17120-2028 :
          and

City Commissioners, Room 142 :
Room 142 - City Hall         :
Philadelphia, Pa. 19107      :
          and

County (Phila) Board of Elections :
520 Delaware Avenue               :
Philadelphia, Pa. 19123           :

Complaint For Declaratory and Injunctive Relief or Stay
The Above Pro-SE Plaintiffs, Orlando Acosta and Edward
Lloyd, by Pro-SE respectfully and do hereby seek
declaratory and injunctive relief/stay the implementation
of the Special Election results from Tuesday March
21st, 2017 in the 197th Legislative District in

North Philadelphia and find it to be void, and to enjoin the fraudulent results of that Special Election and to enjoin the putative winning candidate, Emilio Vasquez, from holding Office of State Representative for the following Reasons listed below:

## A. Parties

1. The Plaintiffs, Orlando A. Acosta and Edward Lloyd, are citizens and residents of the 197th Legislative District in Philadelphia, Pennsylvania. Mr. Orlando Acosta is a registered Republican, previously he was a registered Democrat but switched after the General Election due to issues surrounding Former State Representative Leslie Acosta who Pled Guilty to 1 count of Money Laundering & Corruption. Mr. Acosta ran as a Democratic Write-In Candidate in the November General Election and Filed a law-suit (Commonwealth Court) against Leslie Acosta that she shouldn't have been on the Ballot. Mr. Acosta (Plaintiff), is also suing in his capacity as a registered voter in addition to his capacity as a Candidate.

2. The Plaintiff, Edward Lloyd, also a citizen and resident of the 197th Legislative District in Philadelphia, Pennsylvania, with a known address at 222 E. Menter street,

## A. Parties cont.

Philadelphia, Pennsylvania since approx 1994. At all pertinent Times, he was a registered Democratic Voter and Certified Elected, Democratic City Committeeman for over 25 years, Certified Elected State Committeeman for over 8 years, and a former Ward Chairman for 8 years, and was a Write-In Candidate for The Special Election, and Previous Election (General) in November receiving 50 votes against (Incumbent) Former State Rep. Leslie Acosta who Pled Guilty To Fraud, Corruption, and ___ Money laundering. He also ran in 2014 as The #1 Candidate on The Ballot against Leslie Acosta and J.P. Miranda but was challenged due To signatures and was removed by a Judge even Though he brought in a dozen voters That proved They were registered. He was a Write-In Candidate in The Tuesday March 21st, 2017 special Election in The 197th Legislative District in Philadelphia, Pennsylvania. The Plaintiff is also suing in his capacity as a registered voter in addition To his capacity as a candidate.

3. Defendant, Emilio Vasquez is a resident of The Commonwealth of Pennsylvania with an alleged address of 3643 N. Percy Street in Phila, Pa. 19140 Vasquez failed To qualify for the Ballot and publicly and continually stated To The voters he was the only

Democrat on The Ballot misleading The Voters in The 197th Legislative District. The Democratic Party, and Emilio Vasquez mounted a Write-In Campaign for Their secondary Nominee Emilio Vasquez for The Democratic Party, in The Special Election for The 197th District on Tuesday March 21st, 2017. Mr. Vasquez was subsequently recognized by Philadelphia City Commissioners as the Winner of The Special Election.

4. Defendants, Philadelphia Commissioners: Anthony Clark, Chairman Room 130 City Hall, Lisa Deeley Room 132 City Hall, and Al Schmidt Room 134 City Hall in Philadelphia, Pa. 19107 all Elected Commissioners. Has The responsibility for running and overseeing Election That comply with The "Pennsylvania Election Codes" To "Ensure" That The election are "Run Fairly" and That There is "NO" "Tampering" of "Votes" or any other matters ie: Fraud, Coercion, intimidate Threats, etc......

5. Defendant, Pedro Cortes, is The Duly Appointed Secretary of State of The Commonwealth of Pennsylvania located at 302nd office Building, Harrisburg, Pennsylvania 17120. He has The "Responsibility" of "Ensuring" The "Fairness" of "All Elections" in Pennsylvania, including The "Special Election" in The

197TH Legislative District held on Tuesday March 21st, 2017, and The "Responsibility" of "Ensuring" That "All" Pennsylvania Counties comply with The Pennsylvania Election Code,

6. Defendant, The Department of State, Bureau of Commission, Election and legislative, is Duly Organized Governmental Entity with the "Responsibilities" for all State-Wide Elections and To "Ensure" Their "Fairness" and "Compliance" with The "Election Codes of Pennsylvania" with an address located at 210 N. office building in Harrisburg, Pa. 17120.

7. Defendant, The Philadelphia City Democratic Committee is a Major Political Party in Philadelphia, County, with an address located at 219 Spring Garden Street, Philadelphia Pennsylvania 19123. In Which Members, Wardleaders, officers, Agents, Volunteers, paid Employees for the Day, Committee people Judge of Election, Clerk, Inspector, and Bilingual Interpreter, were all involved in The Tuesday March 21st, 2017 Special Election

7A . At All "Pertinent Time" All named Defendant acted either Individually or in Their official capacity.

7B. AT All "Pertinent Times" All named Defendants acted either by Themselves or Through Their agents and/or Employees in The Course and scope of Their Employment or volunteers during The Tuesday March 21st, 2017 Special Electa

7C. AT All "Pertinent Times" all named Defendants were acting under "Color of State Law"

## B. Jurisdiction

8. The Jurisdiction of this Court is found in 28 U.S.C.A. 1331 giving Federal District Courts original jurisdiction in all "Civil Action" arising under the "Constitution and Laws of The United States." Further, jurisdiction is established because the Defendants are alleged to have violated the "First and Fourteenth Amendments of the United States Constitution" and Due Process through the Fourteenth Amendment. This is pursuant to 42 U.S.C.A. 1983. Jurisdiction is also found since there are violation to the Federal Voting Rights Act.

## C. Pertinent Facts.

9. In Pennsylvania, a Special Election was ordered by the Secretary of the Commonwealth of Pennsylvania, a Defendant, to be held on March 21st, 2017 for the open seat for the 197R Legislative District in Philadelphia, Pennsylvania. The seat became open when the previous elected State Representative was not seated by the General Assembly due to a previously undisclosed felony conviction.

10. The Defendant, Philadelphia City, Commissioner, the Defendant, Pedro Cortes, Secretary of the Commonwealth, and the Defendant, Department of the State, Bureau of Commissions, Election, and Legislation, the Defendant Mark Turzai Speaker of the House, and the Defendant The County, Board of Elections Philadelphia County all had the express duties and responsibilities, pursuant to Pennsylvania laws and statues and the Pennsylvania Election Code, To Administer a Special Election according To The Pennsylvania Election Code and to Ensure There was no Tampering of voters or with voters.

11 Defendant, Emilio Vasquez, was the 2nd Nominated Write-In Candidate purportedly specifically sponsored and supported by The Philadelphia City Democratic Committee as That Organization's Endorsed Candidate in the Special Election for the 197th Legislative District in Philadelphia, Pennsylvania. The City Democratic Committee is the "Pre Dominate Political Force" in Philadelphia and is reputed for Fielding and Electing Democratic Candidates

12. The Philadelphia City Democratic Committee, at all "pertinent times" was organized and registered pursuant to the "Election Code and laws of the Commonwealth of Pennsylvania" and is a major political committee and must act pursuant to the laws and regulations of the Philadelphia Election Code in nominating, endorsing and supporting candidates for Election.

13. On Tuesday March 21st 2017 a Special Election was held in Philadelphia County 197th District. Republican Candidate Lucinda Little was then "Only" _____ duly nominated Candidate on the Ballot for said Election due to Green Party, Democrat Party, and Independent Party Candidates being removed from Ballot. No other Candidates were duly Nominated but many individuals Campaigned for Write-In Votes. These Candidates included Plaintiffs Edward Lloyd - Democrat, Orlando Acosta - Republican David Torres - Republican, Juan Rodriguez - Independent Cheri Honkala - Green Party, Dante Bates - Democrat, and Emilio Vasquez - Democrat (The so-called in his own words and Party's words - The Only Democrat to Appear on the Ballot)

14. Thee Plaintiffs Edward Lloyd and Orlando Acosta at all pertinent Times, complied by all Rules of The Pennsylvania Election Code & Laws of The Commonwealth of Pennsylvania while running as Write-In Candidates of Special Election in The 197th District

15. There was an official count of votes That began on Friday, March 24th 2017. The Count of all Votes Absentee & by Electronic Machine As of Friday March 31st 2017 The Count was Certified by Philadelphia County Board of Election with The said Defendant Emilio Vasquey as The putative winner. Republican Candidate Lucinda Little allegedly received 201 votes, Green Party candidate Cheri Henkale allegedly received 286 votes, Democrat Candidate Edward Lloyd allegedly received 20 votes Democrat Candidate Danta Bates allegedly received 19 votes, Republican Candidate David Torres allegedly received 14 votes, Orlando Acosta Republican Candidate allegedly received 2 votes, Ivan Rodriguez Independent Candidate allegedly received 2 votes and Emilio Vasquey - Democrat allegedly received 1,972 votes. out of a Total of 3,040 Total votes in the Special Election.

16. During The Special Election That was held on Tuesday March 21st, 2017, There were numerous significant and material violations of The Election law committed by Election Board Workers employed by The City of Philadelphia, The Philadelphia Democratic City Committee, The Ward Leaders in The 197th District its Members, Volunteers, committeepeople, and supporters, and by The Candidate, Emilio Vasquez, and his workers and supporters including Former State Representative Leslie Acosta who Pled Guilty and Resigned her Post. Further, The Defendants City Commissions and The Defendant Bureau of Commission, Election and Legislation failed to properly supervise The Special Election To Ensure a Fair and Just Election. Some of The Below Acts of Misconduct Include:

16 A. The Election Board workers, virtually all of whom, are registered Democratic Electors, in The Various polling places were directly Telling voters how To Vote and specifically To Vote for Write-In Democrat Candidate Emilio Vasquez. This was also being done by Ward Leaders who were not allowed To be in polling places in any Capacity (Poll watcher, etc.) This is illegal, improper and in violation of Pennsylvania Election Codes as The Election Board is not permitted To

16a cont. - in anyway advocate for a candidate by electioneering inside any of the polling places or otherwise

16b. The Democratic Election Board Workers were allowing and even assisted Democratic Committee people, workers and supporters of Write-In Candidate Emilio Vasquez in the polling places Knowing full well they couldn't do that legally. The Democratic Election Board Worker were allowing Committeepeople and Wardleaders repeatedly enter the Polling Places assisting Voters and Telling voters they couldn't use a pen to vote they could only vote using a stamp and it had to be Emilio Vasquez stamp. They turned several voters away that was trying to vote for Edward Lloyd or Even for the Republican and Green-Party Candidates They were assisting in giving out literature in the Polling Places they were also witnessed going into the voting Booths to help, intimidate, coerce voters to vote for Mr. Emilio Vasquez Even Candidate Edward Lloyd was trying to Vote at his Polling Place 42 ward - 06 Division and the Judge of Election 4x stated to Mr. Lloyd you can't come in here and Mr. Lloyd advised the Judge did you forget that

16 B. con.

I vote here Tho is my Polling Place I'm here To vote and had my Id and Vote Card in hand witnessed by Republican Ward Leader Jeffery Cutler. Also Mr. Cutler reported all illegal activity To Philadelphia City Commissioner office, County Board of Elections Philadelphia District Attorneys office, and Philadelphia Police Department. Due To all The Fraud, Intimidation, Threats, and violations of such Pennsylvania Election Code including The Tearing down of other Candidate literature, Threats, and Wardleader and Committee people repeatedly entering polling place.

16 C. The Voters for The Special Election were Told Election Board Worker, Wardleader, Committee people, and other workers hired by the Candidate and Members of The Democratic City Committee That They could only vote for Write-In Candidate Emilio Vasquez all pens handed out To Voters by other Candidates (or Stamp) were not allowed.

16.d. The voters were Threatened or Intimidated if it was Thought They were going To vote for any other candidate. These Election Code Violations were committed by Election Board Workers, Wardleaders, and Committee people, in The polling places across The 197th District.

16e. - The Plaintiffs believe and aver that the proper chain of custody procedures regarding the voting cartridges, and official Election materials were not followed during the Election. Plaintiffs also believe voting slips are missing or damaged from several polling places. The Materials were not turned over to the Philadelphia Police Department at all the Polling Places but turned into the Wardleaders, or County Board of Elections.

16f. - The Plaintiffs believe and aver that various persons had custody of election materials on the evening of the Election and temporarily were in the custody of Emilio Vasquez or other parties' Election Headqu. of said Wardleaders, rather than delivery said materials directly to the City Commissioner or County Board of Elections as required.

17. Where-As - The Democratic Philadelphia Commission, Republican Philadelphia Commission, Secretary of State Pedro Cortes, and the Commonwealth of Pennsylvania Bureau of Commission, Election and Legislature, Failed to properly supervise this Election.

17A - All misconduct alleged in this Complaint was in Violation of the First Amendment and Fourteenth Amendment of the United States Constitution

17A. cont. — including The right of Association of speech and The right To Vote, and further, in violation of The Due Process Clause of The Fourteenth Amendment of The United States Constitution and further, in violation of The Election Code. All of This misconduct denied The voters a right To free and fair election pursuant To the First Amendment and Fourteenth Amendment of The United States Constitution, as noted above, and also pursuant To The Pennsylvania Election Code, As a result, The Election was Tainted and should be voided.

18. The Following are a list of other acts of Intimidation, Fraud, Threats, coercion, and etc... from Tuesday March 21st, 2017 Special Election in The 197th District.

18a. Table were set up by Wardleaders, Committee people, Employees in support of Emilio Vasquez To mislead The Voters or Intimidate Voters by having Them sign in at The official Democrat Table with Pink Ballot sheets, prepared by The City Commissioners and County Board of Election and Paid For By the Voters/Taxpayers That were supposed To be posted inside The polling place To illustrate The Ballot

18A. cont. - in a NON-partisan way to voters that were doctored/altered by the Ward Leaders committee people, Mr. Vasquez, Democratic City Committee and other agents to instruct voters to write in Mr. Vasquez name, crossing out Republican Candidate Lucinda Little name and drawing an arrow to Write-In Box and writing Emilio Vasquez Name in its place. This is illegal Tampering, that gave the impression that the City of Philadelphia specifically instructed voters to vote for Mr. Vasquez.

18B. Plaintiffs also believe and aver that many voting places didn't open on time that voting machines were malfunctioning, the "Write-In" mechanism, frequently malfunctioned in various polling places and proper alternate procedures were not being followed.

18C. Throughout the day, and in multiple polling places, the proper procedure for voting assistance under the Pennsylvania Election Code were not followed and multiple people, some times as many as four (4) or more, (be advised went Facebook and Internet Viral) crowded into the voting booth, with voters

18d - At several Polly Places in the 11TE Ward and 42ND Ward poll workers of Edward Lloyd were told they couldn't post his signs and Poll workers and Wardleads actually ripped down Edward Lloyd signs that were posted on the outside of the polly places, Police,        District Attorney, County Board of Election, and Commissioners office was notified and recorded.

8e At The Welsh school 19TE Ward - 18 Divion 4TE & York streets Republican Write-In Candidate Orlando Acosta witnessed Wardleader Carlos-Matos constantly going inside and outside of the polly place he was influencing voters to vote for Emilio Vasquez he was stamping up the pink slips with Emilio Vasquez stamps that were outside the polly place instructing the voters what to do on the pink Ballot slips - that is illegal. Mr. Acosta saw Election Poll Worker passing out the stamp to voters at the Welsh School.

18f. At various other polly places voters were being intimidated mislead threatened, Turned away, coerced, and pressured into voting for Emilio Vasquez (Be advised this too went Internet and Facebook Live viral.)

19. First Nominee Democrat Fred Ramirez who was removed from the Ballot by a Commonwealth Judge for not living in the District and found to be living in Bucks County outside of the District and County actually voted in the Special Election under a property he owns in the 197th District former residence, Therefore he voted illegally and his vote should be voided.

19.A - Several Election Board Workers don't live in the Division the law requires the Judge, Majority Insp, Minority Insp, Clerk, etc... that they live in the Division to be Elected to the Election Board. The Wardleaders have their family, Friends, and Committee people, and supporters from other Wards and Division working as Poll Workers during the Special Election

19.B. Several Judges of Election were seen giving out Literature and Stamps at several polling places. Judges can be outside as a committee person passing out Stamps and Literature and oversees the Election inside as the Judge This is a Conflict of interest under the Pennsylvania Election Law.

19c. At Multiple Polly Places, Democratic Wardleaders, Carlos Matas, Elaine Toule, and Duogan Lilly was seen inside polly places and they were not permitted due to the Commonwealth Court ruling the Democrats wouldn't be on the Ballot and no Watchers Certificates issued to any Candidate except the Republican Candidate Lucinda Little. Tho too was a violation of the Pennsyl— Election Laws that the Democratic City Committee and its Representatives and Write— In Candidate Emilio Vasquez and all other Write—In Candidates were advised by the Philadelphia City Commissioners office and County Board of Elections.

20. At several polling places inside the polly place Tables were set up with literature and stamps next to Election Board Table. This is illegal.

21. Candidate Emilio Vasquez was seen inside polling places interacting with Election Board Workers and Voters. He was not allowed inside these polling places legally.

22. There was no proper protection or chain of custody during this special Election by the County Board of Elections, Philadelphia City, Commissioners, Watchdog Committee of 70, Secretary of State Pedro Cortez, or State House Speaker Mike Turzai, or Pennsylvania Dep. of State. of the machines and the Tape, There was no certainty as to the accuracy of all the machines and Tapes, and what was reported and what was not. Commissioner Al Schmidt reported publicly, there was missing Tapes or skipped and missing votes from Tapes.

23. All the misconduct resulted from the lack of Supervision, the responsibility of the Defendants, City Commissioners, County Board of Elections, Department of State, and Bureau of State, Bureau of Commissions, Elections and Legislation,

24. All of the misconduct resulted from the lack of supervision by the Defendants, City Commission, Defendants, Department of State, Bureau of Commission Elections, and Legislation, and the Defendant, Pedro Cortez, and Further, resulted from the misconduct of the Philadelphia Democratic City Committee and Mr. Emilio Vasquez and their respective workers, employees, and Agents during the Special Election on Tuesday March 21st, 2017.

25. The Democratic City Committee and their respective members, agents, representatives, and Write-In Candidate should have been or were fully aware of the Pennsylvania Election Code and Laws. They, at all pertinent times, had access to election lawyers who represented them and who were available. Despite having all that to their availability, they acted fraudulently with dozen of acts of Election violations of the Law, which tainted and affected the Election to the point that there is no true-certainty as to the accuracy of the Special Election. Further Defendant Emilio Vasquez, Ward/Committeepeople, Agents, Election Poll Workers Judge all worked together to intimidate voters, other poll workers of other Write-In Candidate, tamper with votes and prevent a "Fair Election"

26. All said Defendants acted under Color of State Law and all violated the Pennsylvania Election Code and the aforementioned Constitutional Provisions.

## Count 1 — Declaratory Relief

27. Paragraph 1 through 26 are incorporated by reference.

28. The Defendants, due to lack of supervision and/or through the alleged pervasive misconduct, violated the Pennsylvania Election Code as noted above and, as a result, corrupted and undermined the election results and undermined the right of voters to vote for a candidate of their choice and for candidates to run and be voted for by persons

29. Above Plaintiffs are respectfully requesting declaratory relief that the acts of Defendants violated the First and Fourteenth Amendments of the United States Constitution in terms of Right of Associ, right to vote and right to speech and Further, fundamental due process affecting the election pursuant to the Fourteenth Amendment of the United States Constitution through Federal Statute 42 U.S.C.S.A. 1983.

30. Wherefore, Plaintiffs respectfully request the Honorable Court to order Declaratory Relief and "Order" that the "Special Election" held on Tuesday March 21st 2017 was in violation of the Election Codes and 42 U.S.C.A. 1983 due to First and Fourteenth Amendment violations and should be Null and Void.

Count II - Preliminary and Permanent Injunctive Relief.

31. Paragraphs 1 Through 30 are incorporated by reference.

32. The Special Election _ held on Tuesday March 21st 2017 was in violation of the Pennsylvania Election Code and in violation of the First and Fourteenth Amendment Through 42 U.S.C.A. 1983.

33. There were numerous and repeated Election violations and Tampering with voters, misleading and intimidating voters, and candidates, which resulted in Election results That were not accurate or fairly counted and The Election Should be declared null and void.

34. Plaintiffs are seeking preliminary and permanent injunctions barring recognition and implementation of The Special Election results and directing That a new Special Election To be held and That all Candidates be put on The Ballot

35. There was irreparable harm To all Plaintiffs & Public That officially ran in Tuesday March 21st, 2017 Special Election due To The pervasive serious violation of The Election Code and Their First Amendment rights and The uncertainty of The legitimacy of The Election Results

36. Plaintiffs have no other adequate remedy available at Law.

37. Plaintiffs respectfully request This Honorable Court preliminary and permanently Enjoin The Election results and order a New Special Election.

38. Plaintiffs respectfully request This Honorable Court To Bar Defendants, Emilio Vasquez, and Wardleaders, Committee people, Agents, Poll Workers To be barred from participating in Said Special Election if Granted Further Mr. Emilio Vasquez To be banned from running again in This Special Election and Future Elections for The next 10 years or as The Courts deem necessary due To The Fraudulent misconduct.

Respectfully submitted
Pro SE— Orlando Acosta
524 W. York street
Philadelphia, Pa. 19133
Pro SE— Edward Lloyd
222 E. Mentor street
Philadelphia, Pa. 19120

Wherefore, The Plaintiffs, Orlando Acosta and Edward Uoyd et al of Philadelphia, Pennsylvania 197th Legislative District, respectfully request This Honorable Court Order The following preliminary and permanent relief:

A. Enjoin The results of Special Election held on Tuesday March 21st, 2017 and The seating of The putative Election of Defendant Emilio Vasquez of Philadelphia, Pennsylvania preliminarily and permanently.

B. Order A new Election To be held
C. Order Sanction as relevant.
d. Award costs and Any fees and losses due To The Fraud and Misconduct from The Special Election

Respectfully Submitted

Edward M. Uoyd Jr.

Orlando A. Acosta
Orlando A. Acosta  04/10/2017