# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO A. ACOSTA, et al., <br>                                 Plaintiffs, <br><br> v. <br><br> DEMOCRATIC CITY COMMITTEE, et al., <br>                                 Defendants. | 2:17-CV-01462 <br> (JUDGE SLOMSKY) |

## ORDER

**AND NOW,** this _____ day of _____, 2017, upon consideration of the Motion to Extend Time to Respond filed by Defendants Pedro Cortés and the Department of State, Bureau of Commissions, Elections and Legislation, it is hereby **ORDERED** that the motion is **GRANTED**.

Defendants shall submit any answer or other response to Plaintiffs' Second Amended Complaint by June 19, 2017, that being the same deadline for Defendants' response in *Little v. Vazquez*, No. 17-1562.

                                                                                        **BY THE COURT:**

                                                                                       **JOEL H. SLOMSKY, J.**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ORLANDO A. ACOSTA, et al.,**<br>              **Plaintiffs,**<br><br>                    v.<br><br>**DEMOCRATIC CITY COMMITTEE, et al.,**<br>              **Defendants.** | **2:17-CV-01462**<br>**(JUDGE SLOMSKY)** |

## MOTION TO EXTEND TIME TO RESPOND

Defendants, Pedro A. Cortés, Secretary of the Commonwealth (Secretary), and the Department of State, Bureau of Commissions, Elections and Legislation (BCEL), through their counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby request an extension of time to file their response to Plaintiffs' Amended Complaint, which would be due on June 6, 2017.

Defendants move that the deadline to file this response be moved to June 19, 2017, which is the date a response is due in another case before this Honorable Court, *Little v. Vazquez*, No. 17-1562. The Secretary and BCEL are named as defendants in both cases.

Counsel for the Secretary and BCEL contacted and attempted to secure consent from Plaintiffs for this motion. Counsel spoke to Plaintiff Acosta and left a voice message for Plaintiff Lloyd, and sent an email to both Plaintiffs on May 25,

2017. A copy of the email is attached as **Exhibit A**. As of 3:00 p.m. EDT on May 30, 2017, counsel for the Secretary and BCEL had not received any response from Plaintiffs.

In support of this motion, the Secretary and BCEL refer the Court to their supporting Brief, which is being filed simultaneously with this Motion.

WHEREFORE, the motion of the Defendants to extend the time to respond to the Complaint until June 19, 2017 should be granted.

                                              Respectfully submitted,

By:   /s/ Timothy E. Gates
       TIMOTHY E. GATES
       Chief Counsel
       I.D. No. 202305
       tgates@pa.gov

       Pennsylvania Department of State
       306 North Office Building
       Harrisburg, PA 17120
       Tel: 717-783-0736
       Fax: 717-214-9899

*Counsel for Defendants, Pedro Cortés, Secretary of the Commonwealth, and Department of State Bureau of Commissions, Elections and Legislation*

DATE: May 31, 2017

# EXHIBIT A

| | |
|---|---|
| From: | Kotula, Kathleen |
| To: | "EdLloyd4ThePeople@yahoo.com"; "OrlandoAcosta688@gmail.com" |
| Cc: | Gates, Timothy (tgates@pa.gov); Everhart, Ian |
| Subject: | Request for Consent to Extension of Time -- Acosta v. Acosta, No. 17-1462 (E.D. Pa.) |
| Date: | Thursday, May 25, 2017 4:36:00 PM |

Dear Messrs. Acosta and Lloyd:

This is a follow-up to our phone call and voice mail from earlier today. We represent the Secretary of the Commonwealth and the Pennsylvania Department of State, which are named as defendants in the lawsuit Acosta v. Acosta, No. 17-1462, currently pending in the United States District Court for the Eastern District of Pennsylvania.

We write to seek your consent to our motion to extend our time to respond in this lawsuit. As you may know, there is another lawsuit also currently pending in the Eastern District, Little v. Vazquez, No. 17-1562, which makes substantially similar claims to the allegations in your second amended complaint.

Pursuant to the Federal Rules of Civil Procedure, our clients have until June 19, 2017, to respond in the Little case. The existing deadline to respond in your case is June 6, 2017. We are requesting another thirteen days in your case under Rule 6(b), to align the deadlines for both cases.

We are seeking your consent to this extension of time as a courtesy, and as contemplated in Local Rule of Civil Procedure 7.1(b).

**Kindly reply via email by next Tuesday, May 30, 2017, at 3 p.m.** to indicate whether or not you will give your consent to this motion.

Sincerely,

**Kathleen M. Kotula** | Deputy Chief Counsel
PA Department of State | Office of Chief Counsel
306 North Office Building | Harrisburg, PA 17120
Phone: 717.783.0736 | Fax: 717.214.9899
www.dos.state.pa.us

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION
ATTORNEY WORK PRODUCT

*The information transmitted is intended only for the person or entity to whom it is addressed and may contain confidential and/or privileged material. Any use of this information other than by the intended recipient is prohibited. If you receive this message in error, please send a reply e-mail to the sender and delete the material from any and all computers. Unintended transmissions shall not constitute waiver of the attorney-client or any other privilege.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ORLANDO A. ACOSTA, et al.,**<br>            **Plaintiffs,**<br><br>            v.<br><br>**DEMOCRATIC CITY COMMITTEE, et al.,**<br>            **Defendants.** | **2:17-CV-01462**<br>**(JUDGE SLOMSKY)** |

## BRIEF OF SECRETARY CORTÉS AND BCEL IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND

The Federal Rules of Civil Procedure provide that the court may, for good cause, extend the time period within which an act must be done, upon motion (and in some cases, without motion). Fed. R. Civ. P. 6(b)(1). (The exceptions specified in Rule 6(b)(2) do not apply in this case.)

In this case, two sets of Plaintiffs filed two separate lawsuits concerning similar claims about the same subject matter. The two actions name different, but largely overlapping, defendants; the Secretary and BCEL are defendants in both. Both cases are challenges to the legitimacy of a special election held in Philadelphia to fill a vacancy in the 197th Legislative District on March 21, 2017. The cases are

extremely similar if not identical in the facts they allege and the legal theories they pursue.[1]

Plaintiffs in *Little* sought Defendants' waiver of service some 11 days after filing their Amended Complaint with the court, triggering a further 60 days to respond, placing the deadline at June 19, 2017. Fed. R. Civ. P. 4(d)(3). The Secretary and BCEL were not served with any documents[2] in the *Acosta* case until May 16, 2017, which triggered a 21-day window to file a response, which period expires June 6, 2017.

Given the similarity of the Secretary and BCEL's response to the two cases, and to ease the burden on Defendants as they prepare responses to these complaints, they request that the deadline to respond in this case be extended to align with the deadline in *Little*.

---

[1] It appears the *Acosta* plaintiffs revised their Amended Complaint to reflect much more closely the content of the *Little* plaintiffs' allegations. In many cases, one complaint makes the same allegation as the other, *in haec verba*. *Compare, e.g.*, *Acosta* SAC ¶ 9, *with Little* Am. Compl. ¶ 17; *Acosta* SAC ¶ 16, *Little* Am. Compl. ¶ 24; *Acosta* SAC ¶ 23, *Little* Am. Compl. ¶ 31.

The *Acosta* plaintiffs and the *Little* plaintiffs likewise make the same legal claims, often using identical language. *Compare, e.g.*, *Acosta* SAC ¶ 29, *with Little* Am. Compl. ¶ 37; *Acosta* SAC ¶ 32, *Little* Am. Compl. ¶ 39.

[2] The *Acosta* plaintiffs filed their initial complaint with the Court on March 31, 2017; their Amended Complaint on April 4, 2017; and the Second Amended Complaint on April 11, 2017. The version of the complaint served upon the Secretary and BCEL on May 16 was the version from April 4.

Within the Third Circuit, courts examine the following four factors when assessing whether to grant an extension: "1) the danger of prejudice to the nonmovant; 2) the length of the delay and its potential effect on judicial proceedings; 3) the reason for the delay, including whether it was within the reasonable control of the movant; and 4) whether the movant acted in good faith." *In re Orthopedic Bone Screw Prod. Liab. Litig.*, 246 F.3d 315, 322–23 (3d Cir. 2001).

None of the four factors which constitute the test in effect within the Third Circuit counsels against granting an extension: the brevity of any possible delay suggests that the first two factors would almost favor granting the extension, and neither the third nor the fourth factor would represent any obstacle to granting this extension.

For the foregoing reasons, the Defendants respectfully request that this Honorable Court grant their motion for extension of time.

                                      Respectfully submitted,

By:   /s/ Timothy E. Gates
        TIMOTHY E. GATES
        Chief Counsel
        I.D. No. 202305
        tgates@pa.gov

        Pennsylvania Department of State
        306 North Office Building
        Harrisburg, PA 17120
        Tel: 717-783-0736
        Fax: 717-214-9899

*Counsel for Defendants, Pedro Cortés, Secretary of the Commonwealth, and Department of State Bureau of Commissions, Elections and Legislation*

DATE:  May 31, 2017

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ORLANDO A. ACOSTA, et al.,<br>    Plaintiffs,<br><br>   v.<br><br>DEMOCRATIC CITY COMMITTEE, et al.,<br>    Defendants. | 2:17-CV-01462<br>(JUDGE SLOMSKY) |

**CERTIFICATE OF SERVICE**

  I, TIMOTHY E. GATES, certify that on May 31, 2017, I served this *Motion to Extend Time to Respond* and *Brief of Secretary Cortés and BCEL in Support of Motion to Extend Time to Respond* via the method identified below:

| **VIA NOTICE BY DOCKET ACTIVITY SENT AUTOMATICALLY BY CM/ECF:**<br><br>**FOR PLAINTIFFS:**<br><br>Orlando A. Acosta<br>524 WEST YORK STREET<br>PHILADELPHIA, PA 19133<br>267-414-8774<br>Fax:<br>Email:  OrlandoAcosta688@gmail.com<br><br>Edward Lloyd<br>222 E. MENTOR STREET<br>PHILADELPHIA, PA 19120<br> 215-900-9086<br>Fax:<br>Email: EdLloyd4ThePeople@yahoo.com | **VIA FIRST CLASS MAIL:**<br><br>PHILADELPHIA CITY DEMOCRATIC COMMITTEE:<br><br>219 SPRING GARDEN STREET<br>PHILADELPHIA, PA 19123<br>215-241-7800<br><br><br>CITY COMMISSIONERS:<br><br>COMMISSIONER ANTHONY CLARK<br>CITY HALL, ROOM 130<br>PHILADELPHIA, PA 19107<br>215-686-3462, 3463<br>Fax:  215-587-9107 |

|  | COMMISSIONER AL SCHMIDT<br>CITY HALL, ROOM 134<br>PHILADELPHIA, PA 19107<br>215-686-3464, 3467<br>Fax: 215-686-3472<br>Email: Al.Schmidt@phila.gov<br><br>COMMISSIONER LISA M. DEELEY<br>CITY HALL, ROOM 132<br>PHILADELPHIA, PA 19107<br>215-686-3460, 3461<br>Fax: 215-686-3947<br>Email: Lisa.Deeley@phila.gov<br><br><br>COMMITTEE OF SEVENTY:<br><br>123 SOUTH BROAD STREET, SUITE 1800<br>PHILADELPHIA, PA 19109<br>215-557-3600<br>Fax: 215-557-3608<br>Email: futureofthecity@seventy.org<br><br><br>EMILIO VASQUEZ:<br><br>EMILIO VASQUEZ, WARD LEADER<br>3643 N. PERCY STREET<br>PHILADELPHIA, PA 19140<br>215-678-1328<br><br><br>WARD LEADERS:<br><br>CARLOS MATOS, WARD LEADER<br>2122 N. HANCOCK STREET<br>PHILADELPHIA, PA 19133<br>215-425-0145<br><br>ELAINE TOMLIN, WARD LEADER<br>4831 N. 5TH STREET<br>PHILADELPHIA, PA 19120<br>215-457-4024 |
|---|---|

6

|  | JEWELL WILLIAMS, WARD LEADER<br>2343 N. SMEDLEY STREET<br>PHILADELPHIA, PA 19132<br><br>DWAYNE LILLEY, WARD LEADER<br>2823 N. CROSKEY STREET<br>PHILADELPHIA, PA 19132<br>267-432-3665<br><br>SHIRLEY GREGORY, WARD LEADER<br>5803 N. 12TH STREET<br>PHILADELPHIA, PA 19141<br>215-389-4627<br><br>EL-AMOR M. BRAWNE ALI, WARD LEADER<br>939 W. SILVER STREET<br>PHILADELPHIA, PA 19133<br>215-223-9329<br><br><br>FORMER STATE REPRESENTATIVE:<br><br>LESLIE ACOSTA<br>2527 NORTH PALETHORP STREET<br>PHILADELPHIA, PA 19133<br>215-427-0617<br><br><br>SPEAKER OF THE HOUSE:<br><br>MIKE TURZAI<br>139 MAIN CAPITOL BUILDING<br>P.O. BOX 202028<br>HARRISBURG, PA 17120<br>717-772-9943<br>Fax:  717-772-2470<br>Email:  mturzai@pahousegop.com<br><br><br>CITY COMMISSIONERS:<br><br>CITY COMMISSIONERS<br>ROOM 142, CITY HALL<br>PHILADELPHIA, PA 19107<br>215-686-3943 |

7

|  | PHILADELPHIA COUNTY BOARD OF ELECTIONS:<br><br>520 DELAWARE AVENUE<br>PHILADELPHIA, PA 19123<br>215-686-1591 |
|---|---|

By:  /s/ Timothy E. Gates
    TIMOTHY E. GATES
    Chief Counsel
    I.D. No. 202305
    tgates@pa.gov

    Pennsylvania Department of State
    306 North Office Building
    Harrisburg, PA 17120
    Tel: 717-783-0736
    Fax: 717-214-9899

    *Counsel for Defendants, Pedro Cortés, Secretary of the Commonwealth, and Department of State Bureau of Commissions, Elections and Legislation*

DATE:  May 31, 2017

8