IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO A. ACOSTA, et al.,<br>　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>DEMOCRATIC CITY COMMITTEE,<br>et al.,<br>　　　　　　　Defendants. | 2:17-CV-01462<br>(JUDGE SLOMSKY) |

**ORDER**

AND NOW, this 5th day of JUNE, 2017, upon consideration of the Motion to Extend Time to Respond filed by Defendants Pedro Cortés and the Department of State, Bureau of Commissions, Elections and Legislation, it is hereby **ORDERED** that the motion is **GRANTED**.

Defendants shall submit any answer or other response to Plaintiffs' Second Amended Complaint by June 19, 2017, that being the same deadline for Defendants' response in *Little v. Vazquez*, No. 17-1562.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.

FILED
JUN 05 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk