IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA 2017 JUL 20  P 5: 02

|  |  |  |
|---|---|---|
| ORLANDO A. ACOSTA, et al | : | No. 2:17-CV-01462 |
| Plaintiffs | : | (Judge Slomsky) |
|  | : |  |
| v. | : | **FILED** |
|  | : | **JUL 2 0 2017** |
| DEMOCRATIC CITY COMMITTEE, et al | : | KATE BARKMAN, Clerk |
| Defendants | : | By_____Dep. Clerk |

USDC-EDPA

**ANSWER OF THE PLAINTIFFS, EDWARD LLOYD AND ORLANDO ACOSTA, TO THE MOTION TO DISMISS OF THE DEFENDANT, EMILIO VASQUEZ.**

The Plaintiffs Edward Lloyd and Orlando Acosta, Pro Se, hereby object to the Motion to Dismiss the Defendant, Emilio Vasquez and ask that the Motion be dismissed. The Plaintiffs ^ eTal. incorporate by reference their Memorandum of Law.

Furthermore,  Edward Lloyd and Orlando Acosta Plaintiffs join and adopt the arguments

set forth in Answer of the Plaintiffs, Cheri Honkala, The Green Party of Pennsylvania,

Republican City Committee of Philadelphia and Lucinda Little, Answer to the Motion to Dismiss

of the Defendant, Emilio Vasquez, Commissioner Anthony Clark, Commissioner Al Schmidt,

Commissioner Lisa M. Deeley, Pedro Cortes, Secretary of The Commonwealth, Department of

State, Bureau of Commissions, Elections and Legislation and Philadelphia City Democratic

Committee.  Their Memoranda of Law is herein incorporated by reference.

Respectfully Submitted,

Edward LLoyd, Pro Se
222 E. Mentor Street
Philadelphia, PA 19120

Orlando Acosta, Pro Se
524 W. York Street
Philadelphia, PA 19133

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| ORLANDO A. ACOSTA, et al | : | No. 2:17-CV-01462 |
| Plaintiffs | : | (Judge Slomsky) |
| | : | |
| v. | : | |
| | : | |
| DEMOCRATIC CITY COMMITTEE, et al | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

 I hereby certify I am this date serving a copy of the Answer of the Plaintiffs, Edward Lloyd and

Orlando Acosta to the Motion to Dismiss of Defendants, Emilio Vasquez, Commissioner

Anthony Clark, Commissioner Al Schmidt, Commissioner Lisa M. Deeley, Pedro Cortes,

Secretary of The Commonwealth, Department of State, Bureau of Commissions, Elections and

Legislation and Philadelphia City Democratic Committee.

Service by First Class Mail addressed as follows:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

|  |  |  |
|---|---|---|
| ORLANDO A. ACOSTA, et al | : | No. 2:17-CV-01462 |
| Plaintiffs | : | (Judge Slomsky) |
|  | : |  |
| v. | : |  |
|  | : |  |
| DEMOCRATIC CITY COMMITTEE, et al | : |  |
| **Defendants** | : |  |

ORDER

AND NOW this _____ day of _____, 2017, upon

consideration of Defendant's motion to dismiss the Amended Complaint and Plaintiff's

opposition thereto and good cause appearing therefore, it is hereby ORDERED that Defendants

motion is DENIED.

_____

**JUDGE JOEL SLOMSKY**