Pg #1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Orlando Acosta & Edward Lloyd, et al.,

vs.

Democratic City Committee, Emilio
Vasquez, Elaine Tomlin, et al.,

CIVIL ACTION NO.

2:17-CV-01462
(Hon. Judge Slomsky)

Answer To Defendants 2nd Requested Motion of Dismissal

Plaintiffs, Orlando Acosta and Edward Lloyd, Pro-SE.

(1.) Plaintiffs 2nd Response To Dismiss case No. 2:17 cv-01462
Plaintiffs reply To Defendants Motion as follows

A. Orlando Acosta and Edward Lloyd Answer To Defendants question why did plaintiffs not get remedy through State Court. (All evidence will be produced in court)

(A.) Edward Lloyd was a candidate for State Representative placed #No. 1 on the Ballot in the 2014 Election in the 197th District. And he was challenged due to signatures. Mr. Lloyd brought 12-15 voters that were challenged to State Court and proved they were legal registered voters but the Judge still removed Mr. Lloyd stating go bring in 250-300 more in less than 2 hours. Mr. Lloyd believed he wouldn't get remedy in State Court due to previous Ruling in State Court. (Be advised Leslie Acosta was opposed)

(B.) Edward Lloyd ran against Leslie Acosta as a Write-In Candidate for State Representative Seat (Re-Election) in 2016 when

Pg-#2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Orlando Acosta & Edward Lloyd, et al.,

vs.

Democratic City Committee, Emilio
Vasquez, Elaine Tomlin, et al.,

CIVIL ACTION NO.

2:17-CV-01462
(Hon. Judge Slomsky)

Answer To Defendants 2nd Requested Motion of Dismissal

(1.B) cont. Leslie Acosta was found to have pled guilty to 1 count of Embezzlement, Fraud and Money Laundering, and Mr. Lloyd received over 50 votes as a write in candidate the most of all the Write In Candidates that ran against her. But the Democratic Party still seated her until she officially resigned on January 3rd, 2017 due to her guilty plea. Ed Lloyd should have been declared winner due to having the most votes.

(C.) Mr. Lloyd ran again in the Special Election and he reported to the State Department, City Committee, Committee of 70, County Board of Elections, City Commissioners office, Attorney General office, Governors office, Speaker of the House, and Phila District Attorney, as well as Philadelphia Police. And received no help in the Complaint of the Special Election. That's why Edward Lloyd Filed with Federal Court.

(2.) Orlando Acosta was a candidate in 2016 General Election as a Write In Candidate against Former State Representative Leslie Acosta, he received (3) Three write In votes. Leslie Acosta should have never been declared State Representative

Pg #3.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Orlando Acosta & Edward Lloyd, et al.,

vs.

Democratic City Committee, Emilio
Vasquez, Elaine Tomlin, et al.,

CIVIL ACTION NO.

2:17-CV-01462
(Hon. Judge Slomsky)

**Answer To Defendants 2nd Requested Motion of Dismissal**

2.) cont. because under the State Constitution any Individual that is holding public office that has plead or found Guilty of Embezzlement of Public Funds cannot be Eligible to Run for or continue to stay in Public office under the Laws (State) of Pennsylvania Constitution. Mr. Orlando Acosta challenged in Commonwealth Court and didn't get Remedy then he was the only Write-In Candidate to appeal and Challenge Leslie Acosta in the General Election to Commonwealth Courts and still didn't get Remedy. Both Courts stated they have no Jurisdiction of the Elections. That's why Orlando Acosta joined in with other Plaintiffs to File A Federal Lawsuit to seek Remedy in regards to 197th District State Representative Seat. Mr. Orlando Acosta contacted the District Attorney, Philadelphia Police Committee of 70, Department of State, County Board of Elections, Speaker of the House Mike Turzai, Governor Wolf's office, other State Representatives office, and City Commission to file complaints. No Remedy,

#4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Orlando Acosta & Edward Lloyd, et al.,

vs.

Democratic City Committee, Emilio
Vasquez, Elaine Tomlin, et al.,

CIVIL ACTION NO.

2:17-CV-01462
(Hon. Judge Slomsky)

Answer To Defendants 2nd Requested Motion of Dismissal was given To Mr. Acosta or any other Plaintiffs.

3.) Plaintiffs also have Knowledge That the Pennsylvania Attorney General and Philadelphia District Attorneys office is conducting A Criminal Investigation in Regards To The Special Election 197th District and has been fully cooperating with The Special Agents sharing Evidence/Testimony with Them. And This case should not be Allowed To be Dismissed due To the Evidence of Fraud, Corruption, Conspiracy That Took place on Tuesday March 21st 2017 and Prior surrounding the 197th District. All Evidence will be provided at the scheduled Court Hearing in September.

Respectfully Submitted,

Orlando Acosta, Pro-SE

Edward Lloyd, Pro-SE