Pg #1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Orlando Acosta, Edward Lloyd, et al.,

vs.

Democratic City Committee, Emilio
Vasquez, Elaine Tomlin, et al.,

CIVIL ACTION NO.

2:17-CV-01462
(Hon. Judge Slomsky)

## MOTION

Motion To Federal Rules of Civil Procedure Rule 42. Title VI. Trials. Consolidation.

Pro-SE Plaintiffs Orlando A. Acosta and Edward M. Lloyd Respectfully request this Honorable Court To Allow The Consolidation of Case No. 2:17-CV-01462 and No. 2:17-CV-01562. Orlando Acosta, Edward Lloyd, Cheri Honkala, Lucinda Little, et al., vs. Emilio Vasquez, Democratic City Committee, Elaine Tomlin, Carlos Matos, City Commissioners, et al. Plaintiffs Attorneys in case No. 2:17-cv-01562 Cheri Honkala and Lucinda Little have NO objection to the Consolidation (Linda A. Kerns, Esq and Samuel C. Stretton, Esq.) Be advised The Hon. Judge Slomsky has scheduled two Court dates in thee Above listed cases for September 13th 2017 and September 14th, 2017. Motions for Dismissal

Pg. #2

08/03/2017

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Orlando, Acosta & Edward Lloyd, et al.,

vs.

Democratic City Committee, Emilio Vasquez, Elaine Tomlin, et al.,

By Defendants.

CIVIL ACTION NO.

2:17-CV-01462
(Hon. Judge Slomsky)

MOTION

Respectfully Submitted

By: Orlando A. Acosta, Pro-SE
_____, Pro-SE.

Edward M. Lloyd, Pro-SE
_____, Pro-SE

08/03/2017

08/03/2017

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Orlando Acosta & Edward Lloyd, et al.,

vs.

Democratic City Committee, Emilio Vasquez, Elaine Tomlin, et al.,

CIVIL ACTION NO.

2:17-CV-01462
(Hon. Judge Slomsky)

Order

And Now, This ___ day of ___ 2017, it is hereby Ordered and DECREED as Follows.

Motion To Consolidate Cases No. 2:17 cv. 01462 and No. 2:17 cv. 01562, it is hereby for The Plaintiff; Motion To Consolidate Thee Above Mentioned cases Nos 2:17 cv 01462 & Nos 2:17 cv 01562

By The Court

_____
Hon. Joel H. Slomsky, J.

08/03/17

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Orlando Acosta & Edward Lloyd, et al.,

vs.

Democratic City Committee, Emilio Vasquez, Elaine Tomlin, et al.,

CIVIL ACTION NO.
2:17-CV-01462
(Hon. Judge Slomsky)

## Certificate of Service

We, Edward Lloyd and Orlando Acosta, certify on August 3rd, 2017, I served this Motion for Consolidation via phone, mail and Email, on the following,

1. Samuel Stretton for Cheri Honkala — strettonlaw.samstretton@gmail
2. Linda Kern for Lucinda Little — linda@lindakernslaw.com
3. Adam Bonin for Emilio Vasquez — Adam@boninlaw.com
4. Benjamin Field for City Commissioners — Benjamin.field@phila.gov
5. Kathleen Kotula for Pedro Cortes — kkotula@pa.gov
6. Timothy Gates for Dept of State — Tgates@pa.gov
7. Marni Jo Snyder for Phila Dem City Comm. — Marni@snyderlawyer.com
8. Anthony George Kyriakakis for Wardleaders — akyriakakis@dilworthlaw.com
9. Karl S. Myers for Speaker of House Mike Turzai — kmyers@stradley.com

By:
Orlando Acosta
Edward Lloyd