# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

7 South Morton Avenue
Morton, Pennsylvania 19070
Ph: 610.690.0801
Fax: 610.690.0880

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg*\*^
L. Anthony DiJiacomo~
David A. Berlin^
Robert P. Cocco~+
Gary Schafkopf^+
Brian Mildenberg~+
Marc Weisberg~+
Yanna Panagopoulos~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site: www.weisberglawoffices.com
E-Mail: MWEISBERG@WEISBERGLAWOFFICES.COM

*Monday, November 20, 2017*

**Via Fax to 267-299-5058 & ECF**
The Honorable Joel H. Slomsky

    RE: <u>Acosta, et al. v. Democratic City Committee, et al.</u>
       USDC EDPA No.: 17-1462

Your Honor:

  Pending before this Honorable Court in the above-captioned matter is co-plaintiff, Acosta's leave for supplemental briefing. The undersigned represents Lloyd.

  Kindly allow this to note in lieu of Lloyd's supplemental brief that Lloyd joins in co-plaintiff's (already docketed) Supplemental Brief.

  Lloyd thanks this Honorable Court for its consideration of this notice of joinder in co-plaintiff's supplemental brief. Of course, if Your Honor requires anything further, Lloyd and his undersigned counsel will abide this Honorable Court's directive.

            Sincerely,

            /s/ Matthew B. Weisberg
            Matthew B. Weisberg

cc: Mary Jo Snyder, Esq. (Via ECF Only)
   Adam C. Bonin, Esq. (Via ECF Only)
   Anthony George Kyriakakis, Esq. (Via ECF Only)
   Benjamin H. Field, Esq. (Via ECF Only)

Karl S. Myers, Esq. (Via ECF Only)
Kathleen Marie Kotula (Via ECF Only)
Timothy E. Gates, Esq. (Via ECF Only)