AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| Acosta, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 17-1462 |
| Democratic City Committee, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF, EDWARD LLOYD  (appearance as co-Counsel).

Date: 12/27/2017

/s/ Brian R Mildenberg
*Attorney's signature*

Brian R Mildenberg, Esq., PA # 84861
*Printed name and bar number*

1735 Market Street, Suite 3750, Phila., PA 19103

*Address*

brian@mildenberglaw.com
*E-mail address*

2155454870
*Telephone number*

2155454871
*FAX number*