IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Acosta

vs.

Democratic City Committee

CIVIL ACTION NO.

2:17-cv-01462

MOTION

Exhibit Number 1 the federal court has Jurisdiction under this Law.

## Violations Of Election Laws

The United States Constitution enacts penal laws to preserve the purity of election process. The Federal Election Campaign Act of 1971 regulates the conduct of election campaigns in order to protect the integrity of the political process and to ensure effective political debate. The provisions of this Act supersede any provision of state law dealing with election to Federal office. 2 USCS § 453 provides that notwithstanding any other provision of this Act, a state or local committee of a political party may, subject to state law, use funds that are not subject to the prohibitions, limitations, and reporting requirements of the Act exclusively for the

## PA General Assembly
www.legis.state.pa.us

Go to the Consolidated Statutes →

tutes   The Laws of Pennsylvania, also referred to as the Pamphlet Laws, have been recognized as official law since December 1, 1801. Acts are numbered by the Department of State and published by the Legislative Reference Bureau as separate official documents known as slip laws before publication in bound editions as the Laws of Pennsylvania.

Go to the Unconsolidated Statutes →

==The Pennsylvania Constitution is the foundation of our state government. Our first Constitution was adopted in 1776 and was a framework for the U.S. Constitution, which did not take effect until 1789.==

Read More →

mmittee Meeting, HUMAN SERVICES,
:30 AM:
com/y7glf5qd#01/24/2018
go

mmittee Meeting, CONSUMER
9/2018, 1:00 PM:
com/y8xqb6qq#01/09/2018
go

### Offices / Info

- Capitol Preservation Committee
- Center for Rural Pennsylvania
- Commission On Sentencing
- Commonwealth Directory
- Independent Fiscal Office
- Joint Conservation Committee
- Joint State Government Commission
- Legislative Audit Advisory Commission

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Acosta

vs.

Democratic City Committee

CIVIL ACTION NO.

217-CV-01462

**MOTION**

Exhibit 2

Senior Judge James Gardner Colins Was the Judge that ruled on my election Case Back in 2016 in commonwealth court

Home
› Courts
› Commonwealth Court
› Commonwealth Court Judges
› Senior Judge James Gardner Colins

# Senior Judge James Gardner Colins



Term

N/A



[Democrat](#).

## Senate air doubts

Leaders in the Pennsylvania Senate ([R-majority](#)) voiced concerns over Governor Rendell's judicial nominees. They singled out Colins, Rendell's friend and Supreme Court nominee, for what they regarded as questionable objectivity in Commonwealth Court cases involving the Rendell administration. They were also concerned that this connection would force Colins to recuse himself from a number of Supreme Court cases. For his part, Supreme Court Justice Ronald Castille defended Colins, arguing "that there were only eight cases under the Supreme Court's review in which Colins participated as a member of a Commonwealth Court panel."[2]

## External links



