IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Acosta et al

vs.

DCC et al

CIVIL ACTION NO.

17-1462

**Change of Address** (e-mail)

Orlandoacosta979At gmail.com