# Weisberg Law

*Attorneys & Counselors at Law*
LICENSED IN PA & NJ

**7 South Morton Avenue
Morton, Pennsylvania 19070
Ph: 610.690.0801
Fax: 610.690.0880**

Additional Offices
Philadelphia, Pa
Bala Cynwyd, Pa

*Matthew B. Weisberg\*^*
L. Anthony DiJiacomo~
David A. Berlin^
Robert P. Cocco~+
Gary Schafkopf^+
Brian Mildenberg~+
Marc Weisberg~+
Yanna Panagopoulos~+

\*NJ & PA Office Manager
^Licensed in PA & NJ
~Licensed in PA
+Of Counsel

Web-Site: www.weisberglawoffices.com
E-Mail: mweisberg@weisberglawoffices.com

*Friday, December 29, 2017*

**Via ECF & Fax: (267) 299-5058**
The Honorable Joel H. Slomsky

      RE:    <u>Acosta, et al. v. Democratic City Committee, et al.</u>
                U.S. District Court – Eastern District of Pennsylvania
                No. 17-cv-1462

                <u>Little, et al. v. The Green Party of Pennsylvania, et al.</u>
                U.S. District Court – Eastern District of Pennsylvania
                No. 17-cv-01562

                **<u>AMENDED</u>**

Your Honor:

      Pending before this Honorable Court is the above-captioned matter.  The undersigned represents Lloyd.

      Kindly allow this to note in lieu of Lloyd's supplemental brief that Lloyd joins in co-plaintiffs' (already docketed) briefs.

      Lloyd thanks this Honorable Court for its consideration of this notice of joinder in co-plaintiffs' briefs.  Of course, if Your Honor requires anything further, Lloyd and his undersigned counsel will abide this Honorable Court's directive.

Sincerely,

/s/ Matthew B. Weisberg
MATTHEW B. WEISBERG

MBW/hcm
Cc: Marni Jo Snyder, Esq.
    Adam C. Bonin, Esq.
    Anthony G. Kyriakakis, Esq.
    Benjamin H. Field, Esq.
    Karl S. Myers, Esq.
    Kathleen M. Kotula, Esq.
    Timothy E. Gates, Esq.
    Joel L. Frank, Esq.
    Linda A. Kerns, Esq.
    Samuel C. Stretton, Esq.
    *(all via ECF)*