IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Acosta vs. Democratic City Committee ETAL

CIVIL ACTION NO. 217-CV-01462JHS

**MOTION**

I Orlando Acosta am respectfully asking this Court to convene a Grand Jury in this legal matter concerning the 197 District Special election Fraud case even though this is a civil case criminal activity occurred 4 people were charged with felonies and misdemeanors their names are Dolores Shaw age 61 Calvin Mattox age 52 Thurman George age 57 and Wallace Hill age 60 they were charged by the State Attorney General the crimes occurred in the #3 ward

Proof of service

I Orlando Acosta pro-se herby certify that on this day the 10 day of January 2018 that all parties in this matter were served by the electronic ECF court system

Orlando Acosta
Pro-se
1-10/2018

ORDER

Acosta

vs

Democratic City ETAL Committee

Grand Jury request

Civil Action No. 217-cv-01462 JHS

FILED
JAN 10 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Court (b) is pursuant to Local rule of Civil Procedure 83, 5, 2

☐ Granted
☐ Denied

ordered that the application of Orlando Acosta pro-se to Practice in this

Date____