IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Acosta Et al vs. Democratic City Committee

CIVIL ACTION NO. 2:17-CV-01462 JHS

**MOTION**

I Orlando Acosta am respectfully requesting the Court to Grant a Default Judgment against Leslie Acosta and the nonprofit Organization Committee of 70. These two Parties never responded to any of the Courts request to submit any documentation and they are listed in this Case.

# Proof of Service

I Orlando Acosta Pro-se herby certify that on this day the 10 day of January 2018 that all parties in this matter were served by the electronic ECF court system

*Orlando Acosta*
Orlando Acosta Pro-se
1-10-2018

# ORDER

Acosta

vs

Democratic City ETAL Committee

~~Default~~ Judgment request

Civil Action No. 217-cv-01462 JHS

FILED
JAN 10 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Court pursuant to Local rule of Civil Procedure 83, 5, 2 (b) is

☐ Granted
☐ Denied

ordered that the application of Orlando Acosta Pro-se to Practice in this

Date____