IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date January 22 2018

Orlando Acosta EtaL

vs.

Democratic City Committee EtAL

CIVIL ACTION NO.

217-cv01462

FILED
JAN 22 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

Notice of DefauLt

Notice to the Clerk Office

Please enter a default against Leslie Acosta in the above Caption Matter

Thank you very much respectfully your's Pro-se Mr. ORLando Acosta

Orlando Acosta

Proof of service is attached to this document

# PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

**U.S. Department of Justice**
**United States Marshals Service**

| | |
|---|---|
| PLAINTIFF: Edward Lloyd & Orlando Acosta, Pro-SE | COURT CASE NUMBER: CV. NO. 17-1462 |
| DEFENDANT: Democratic City Committee & Emilio Vasquez et al | TYPE OF PROCESS: S/C |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Leslie Acosta Former State Rep. 197th Dist.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 2527 N. Palethorp Street, Phila, PA 19133

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

322 E Mentor Street
Philadelphia, PA 19120

Number of process to be served with this Form - 285: (1)
Number of parties to be served in this case: (18)
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service*):

Signature of Attorney or other Originator requesting service on behalf of: Edward Lloyd & Orlando Acosta Pro-SE
☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (215) 900-9086
DATE: 04/10/2017

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 66 | District to Serve No. 66 | Signature of Authorized USMS Deputy or Clerk: Marie Ryall | Date: 4-12-17 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (*See remarks below*)

Name and title of individual served (*if not shown above*):

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (*complete only if different than shown above*):

Date of Service: 5/19/17    Time: 12:00 pm
Signature of U.S. Marshal or Deputy: BDebose

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS:
(1) Endeavour 5-17-17 @ 1215pm - No Response Left Notice to Call BDebose
(2) Accepted Front Desk $2.-

PRIOR EDITIONS MAY BE USED    2. USMS RECORD    FORM USM-285 (Rev. 12/15/80) (Instructions Rev. 12/08)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Orlando Acosta et al : CIVIL ACTION NO.
vs. : 2:17-CV-01462
Democratic city
Et al committee

Order

And Now on this Day January 22 2018 it is hereby ordered that the application of Orlando Acosta requesting a Default against Leslie Acosta is hereby

☐ Granted
☐ Denied

_____ J