IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date January 22-2018

Et al Orlando Acosta

vs.

Et al Democratic City Committee

CIVIL ACTION NO.

2:17-CV-01462

motion

FILED
JAN 22 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

This is pro-se litigant Orlando Acosta respectfully requesting a court hearing to be held in the above matter

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Etal Orlando Acosta

vs.

Etal Democratic City Committee

CIVIL ACTION NO.

217-CV01462

Order

And Now on this Day January 22 2018 it is hereby Ordered that the request for a hearing is hereby
☐ Granted
☐ Denied