IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO A. ACOSTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEMOCRATIC CITY COMMITTEE, et al. <br><br> Defendants. | CIVIL ACTION <br> NO. 17-1462 |

## **ORDER**

**AND NOW**, this 22nd day of January 2018, upon consideration of the Second Amended Complaint of Orlando A. Acosta and Edward Lloyd; the Amended Complaint of Lucinda Little, Cheri Honkala, The Green Party of Pennsylvania, Republican City Committee of Philadelphia, and the Republican Party of Pennsylvania; Defendants' Motions to Dismiss; Plaintiffs' Responses in Opposition; Defendants' Reply Briefs; the arguments of counsel for the parties at the September 14, 2017 hearing; the Supplemental Briefs; and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** as follows:

1. Defendants' Motions to Dismiss the Second Amended Complaint (Civ. Action No. 17-1462, Doc. No. 11) and the Amended Complaint (Civ. Action No. 17-1562, Doc. No. 2) are **GRANTED**.

2. Plaintiffs are given twenty (20) days from the date of this Order in which to file amended Complaints against all Defendants if warranted, except for the Pennsylvania Department of State, Bureau of Commissioners, Elections and Legislation.

3. Defendants shall respond to any amended Complaint within twenty-one (21) days of their filing.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.