IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO A. ACOSTA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>DEMOCRATIC CITY COMMITTEE, et al.<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 17-1462 |

## **ORDER**

**AND NOW**, this 22nd day of January 2018, upon consideration of Plaintiff Orlando A. Acosta's Motion requesting that the Court convene a grand jury (Doc. No. 78), Plaintiff Orlando A. Acosta's Motion requesting that the Court grant a default judgment against Defendants the Committee of Seventy and Leslie Acosta (Doc. No. 79), and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** that the Motions (Doc. Nos. 78, 79) are **DENIED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.