IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO A. ACOSTA, et al., | |
| Plaintiffs, | CIVIL ACTION |
| v. | NO. 17-1462 |
| DEMOCRATIC CITY COMMITTEE, et al. | |
| Defendants. | |

## **ORDER**

**AND NOW**, this 24th day of January 2018, upon consideration of Plaintiff Orlando A. Acosta's Motion requesting a hearing (Doc. No. 82), and for reasons stated in the Opinion issued by the Court on January 22, 2018, it is **ORDERED** that the Motion (Doc. No. 82) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.