# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| ORLANDO A. ACOSTA and EDWARD LLOYD | : | | |
| | : | CIVIL ACTION NOS.: | 2:17-cv-1462 |
| Plaintiffs, | : | | 2:17-cv-1562 |
| v. | : | | |
| DEMOCRATIC CITY COMMITTEE, et al. | : | **JURY TRIAL DEMANDED** | |
| Defendants. | : | | |

## ORDER

AND NOW this _____ day of _____, 2018, upon consideration of Plaintiff, Lloyd's Motion for Enlargement of Time to File his Amended Complaint, and any Response thereto, it is hereby ORDERED and DECREED that Plaintiff's Motion is GRANTED, and Plaintiff may file his Amended Complaint within twenty (20) days of entry of this Order.

**AND IT IS SO ORDERED**.

_____
,J.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| ORLANDO A. ACOSTA and EDWARD LLOYD | : : : | CIVIL ACTION NOS.: | 2:17-cv-1462 |
| Plaintiffs, | : : | | 2:17-cv-1562 |
| v. | : : | | |
| DEMOCRATIC CITY COMMITTEE, et al. | : : | **JURY TRIAL DEMANDED** | |
| Defendants. | : | | |

## PLAINTIFF, LLOYD'S MOTION FOR ENLARGEMENT OF TIME TO FILE AMENDED COMPLAINT

Pursuant to the Order of the Honorable Joel S. Slomsky (dated January 22, 2018), Plaintiffs may file an Amended Complaint. (Docket No. 84).

Plaintiff, Lloyd's Amended Complaint is due: February 12, 2018.

Due to the complexity of the within matter Plaintiff respectfully requests an additional twenty (20) days within which to file his Amended Complaint.

This motion is timely.

The aforesaid constitutes *good cause* for enlargement.  F.R.C.P. 6.  This Court's Opinion towards amendment presents complexity respectfully suggested as warranting enlargement. Further, Co-Plaintiffs have moved this Court for like enlargement – which their amendment is likely to be joined by Lloyd (after Co-Plaintiff's amendment is docketed).

WHEREFORE, Plaintiffs respectfully request this Honorable Court grant an extension of twenty (20) days to file their Amended Complaint – consistent with the attached proposed Order.

                                                              **WEISBERG LAW**

                                                              /s/ Matthew B. Weisberg
                                                              Matthew B. Weisberg, Esquire
                                                              *Attorney for Plaintiff Edward Lloyd*

**MILDENBERG LAW FIRM**

/s/ Brian R. Mildenberg
*Attorney for Plaintiff Edward Lloyd*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| ORLANDO A. ACOSTA and <br> EDWARD LLOYD | : <br> : <br> : | CIVIL ACTION NOS.: | 2:17-cv-1462 |
| Plaintiffs, | : <br> : | | 2:17-cv-1562 |
| v. | : <br> : | | |
| DEMOCRATIC CITY COMMITTEE, et al. | : <br> : | **JURY TRIAL DEMANDED** | |
| Defendants. | : | | |

**CERTIFICATE OF SERVICE**

     I, Matthew B. Weisberg, Esquire, hereby certify that on this 9th day of February, 2018, a true and correct copy of the foregoing Plaintiffs' Motion for Extension of Time to File Amended Complaint was served via ECF upon the following parties:

Orlando A. Acosta, Esq.
5355 Belfield Avenue
Philadelphia, PA 19144

Marni Jo Snyder, Esq.
Law Offices of M.J. Snyder, LLC
100 S. Broad St., Suite 1910
Philadelphia, PA 19110

Adam C. Bonin, Esq.
The Law Office of Adam C. Bonin
30 S. 15th Street, Floor 15
Philadelphia, PA 19102

Anthony George Kyriakakis, Esq.
Dilworth Paxson, LLP
1500 Market St., Suite 3500E
Philadelphia, PA 19102

Karl S. Myers, Esq.
Stradley, Ronon, Stevens & Young, LLP
2600 One Commerce Square
Philadelphia, PA 19103-7098

Benjamin H. Field, Esq.
City of Philadelphia Law Department
Deputy City Solicitor
1515 Arch Street, 17th Floor
Philadelphia, PA 19102

Kathleen Marie Kotula, Esq.
Timothy E. Gates, Esq.
Pennsylvania Dept. of State Office Of Chief Counsel
306 North Office Building
401 North Street
Harrisburg, PA 17120-0500


| **MILDENBERG LAW FIRM** | **WEISBERG LAW** |
|---|---|
| /s/ Brian R. Mildenberg | /s/ Matthew B. Weisberg |
| Brian R. Mildenberg, Esquire | Matthew B. Weisberg, Esquire |
| Attorney ID No. 84861 | Attorney ID No. 85570 |
| 1735 Market Street, Ste. 3750 | 7 S. Morton Avenue |
| Philadelphia, PA 19103 | Morton, PA 19103 |
| *Attorney for Plaintiff Edward Lloyd* | *Attorney for Plaintiff Edward Lloyd* |