**SAMUEL C. STRETTON**
**ATTORNEY AT LAW**
103 South High Street
P.O. Box 3231
West Chester, PA  19381-3231

---

**610-696-4243**
**FAX 610-696-2919**

February 12, 2018

Honorable Joel H. Slomsky
United States District Court for the
 Eastern District of Pennsylvania
United States Courthouse, Room 5614
601 Market Street
Philadelphia, PA  19106

    Re:   <u>Lucinda Little, et al. v. Emilio Vazquez, et al.</u>
           Civil Action No. 2:17-cv-01562-JHS
                       and
           <u>Orlando A. Acosta, et al. v. Democratic</u>
           <u>City Committee, et al.</u>
           Civil Action No. 2:17-cv-01462-JHS

Dear Judge Slomsky:

    I am writing this letter on behalf of Cheri Honkala and the Green Party and Linda Kerns and her clients, Lucinda Little and the Republican City Committee of Philadelphia.  Both Ms. Kerns and I studied your Opinion in great detail and have decided not to file an Amended Complaint.  We reviewed the facts that we currently have in some detail, but do not believe we could credibly file an Amended Complaint meeting the standards you have suggested.  Therefore, there will be no Amended Complaint filed.

                                     Respectfully yours,

                                     Samuel C. Stretton

SCS:jac
Cc:  Linda A. Kerns, Esquire
     Joel L. Frank, Esquire
     Timothy E. Gates, Esquire
     Kathleen M. Kotula, Esquire

Honorable Joel H. Slomsky
February 12, 2018
Page Two


Cc: Benjamin H. Field, Esquire
    Adam C. Bonin, Esquire
    Marni Jo Snyder, Esquire
    Orlando A. Acosta
    Matthew P. Weisberg, Esquire
    Anthony G. Kyriakakis, Esquire
    Karl S. Myers, Esquire