IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO A. ACOSTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEMOCRATIC CITY COMMITTEE, et al. <br><br> Defendants. | CIVIL ACTION <br> NO. 17-1462 |

**ORDER**

**AND NOW**, this 13th day of February 2018, upon consideration of the Motion of the Plaintiffs, Cheri Honkala, the Green Party of Pennsylvania, Republican City Committee of Philadelphia and Lucinda Little, for an Extension of Four (4) Days to File an Amended Complaint (Doc. No. 88), Plaintiff Lloyd's Motion for Enlargement of Time to File Amended Complaint (Doc. No. 89), and the letter dated February 12, 2018 from Samuel C. Stretton, Esquire, counsel for Plaintiffs Cheri Honkala, the Green Party of Pennsylvania, the Republican City Committee of Philadelphia, and Lucinda Little (Doc. No. 90), it is **ORDERED** as follows:

1. The Motion of the Plaintiffs, Cheri Honkala, The Green Party of Pennsylvania, Republican City Committee of Philadelphia and Lucinda Little, for an Extension of Four (4) Days to File an Amended Complaint (Doc. No. 88) is **DENIED AS MOOT**.[1]

---

[1] On February 12, 2018, Samuel C. Stretton, Esquire, counsel for Plaintiffs Cheri Honkala, the Green Party of Pennsylvania, the Republican City Committee of Philadelphia, and Lucinda Little, filed a letter informing the Court that an Amended Complaint would not be filed on behalf of those Plaintiffs. (Doc. No. 90.) Accordingly, the Motion of the Plaintiffs, Cheri Honkala, the Green Party of Pennsylvania, Republican City Committee of Philadelphia and Lucinda Little, for an Extension of Four (4) Days to File an Amended Complaint (Doc. No. 88) will be denied as moot.

1

2. Plaintiff Lloyd's Motion for Enlargement of Time to File Amended Complaint (Doc. No. 89) is **GRANTED**.  Plaintiff Lloyd may file an Amended Complaint on or before **March 5, 2018**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.