

Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone 215.564.8000
Fax 215.564.8120
www.stradley.com

Karl S. Myers
kmyers@stradley.com
215.564.8193

February 26, 2018

**Via ECF**

The Honorable Joel H. Slomsky
U.S. District Court, Eastern District of Pa.
601 Market Street, Room 13614
Philadelphia, PA   19106

    Re:    **Acosta v. Democratic City Committee**, *et al.*
            **Civ. No. 17-1462**

Dear Judge Slomsky:

      I write to the Court with regard to the deadline for the defendants to respond to the plaintiffs' amended pleadings in the above-referenced matter. Plaintiff Acosta filed an Amended Complaint on February 12. [Doc. 91.] The defendants' responses therefore are due by March 5. However, on February 14, the Court provided plaintiff Lloyd an extension until March 5 to file his Amended Complaint. [Doc. 92.] Absent an order modifying the deadlines, the defendants will have to file separate responses to each of the plaintiffs' Amended Complaints.

      To avoid the inefficiencies created by such duplicate filings, I respectfully request that the Court enter an order providing that the defendants shall respond to both of the Plaintiffs' Amended Complaints within 21 days after the March 5 deadline for plaintiff Lloyd to file his Amended Complaint. I have consulted with counsel for a number of the other defendants and my understanding is that they concur with my suggestion that the deadline to respond should be uniform.

                                    Respectfully submitted,

                                      Karl S. Myers

KSM/das
cc:    Orlando Acosta (via U.S. mail)
       Edward Lloyd (via U.S. mail)
       Counsel of Record (via ECF)