IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Acosta-etal

vs.

Democratic
City
Committee-etal

CIVIL ACTION NO.
2-17CV01462

MOTION

FILED

FEB 26 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

This- is- Mr.-Orlando-Antonio-I-am.-obecting to the- defense-attorney -request-for- an-extension -throughout-this-case-the-defense-attorney-have -always-been-asking-the-courts-for-an-extension -they've- already- had, enough time-to-file-a-response -Please-let's-not- forget the- 6 Amendment-

by Orlando Antonio