Date 2-28-2018

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Acosta

vs.

Democratic City Committee, et al

CIVIL ACTION NO.
2:17CV01462

## MOTION

This is Mr. Orlando I received the letter from Mr. Karl Myers for extension of time he stated that he spoke to the other attorneys in this case. I am pro-se I was supposed to be contacted with the rest of the attorneys but I was not notified of this Phone Conference, as a Pro-se litigant by law I was supposed to by Part of that Conversation they violating my civil rights And due process Clause They all have had enough time to file a response they are Just trying to drag this case out

by- Orlando



**Stradley Ronon Stevens & Young, LLP**
2005 Market Street, Suite 2600
Philadelphia, PA 19103
Telephone 215.564.8000
Fax 215.564.8120
www.stradley.com

Karl S. Myers
kmyers@stradley.com
215.564.8193

February 26, 2018

<u>Via ECF</u>

The Honorable Joel H. Slomsky
U.S. District Court, Eastern District of Pa.
601 Market Street, Room 13614
Philadelphia, PA  19106

   Re:   <u>Acosta v. Democratic City Committee, et al.
         Civ. No. 17-1462</u>

Dear Judge Slomsky:

   I write to the Court with regard to the deadline for the defendants to respond to the plaintiffs' amended pleadings in the above-referenced matter. Plaintiff Acosta filed an Amended Complaint on February 12. [Doc. 91.] The defendants' responses therefore are due by March 5. However, on February 14, the Court provided plaintiff Lloyd an extension until March 5 to file his Amended Complaint. [Doc. 92.] Absent an order modifying the deadlines, the defendants will have to file separate responses to each of the plaintiffs' Amended Complaints.

   To avoid the inefficiencies created by such duplicate filings, I respectfully request that the Court enter an order providing that the defendants shall respond to both of the Plaintiffs' Amended Complaints within 21 days after the March 5 deadline for plaintiff Lloyd to file his Amended Complaint. I have consulted with counsel for a number of the other defendants and my understanding is that they concur with my suggestion that the deadline to respond should be uniform.

                                          Respectfully submitted,

                                          Karl S. Myers

KSM/das
cc:   Orlando Acosta (via U.S. mail)
      Edward Lloyd (via U.S. mail)
      Counsel of Record (via ECF)