IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO A. ACOSTA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEMOCRATIC CITY COMMITTEE, et al. <br><br> Defendants. | CIVIL ACTION <br> NO. 17-1462 |

## ORDER

**AND NOW**, this 27th day of February 2018, upon consideration of the letter from Karl S. Myers, Esquire, counsel for Defendant Mike Turzai, requesting an extension of time for Defendants to file responses to the Amended Complaints (Doc. No. 93) and Plaintiff Orlando A. Acosta's Motion opposing this request (Doc. No. 94), it is **ORDERED** that Defendants' request (Doc. No. 93) is **GRANTED**, and Plaintiff Acosta's Motion (Doc. No. 94) is **DENIED**. Defendants shall file responses to all Amended Complaints by **March 26, 2018**.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.