# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORLANDO A. ACOSTA and <br> EDWARD LLOYD | : <br> : <br> : | CIVIL ACTION NO.: 2:17-cv-1462 |
| Plaintiffs, | : <br> : | |
| v. | : <br> : | **JURY TRIAL DEMANDED** |
| DEMOCRTIC CITY COMMITTEE, et al. | : <br> : | |
| Defendants. | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Kindly withdraw the appearance of Matthew B. Weisberg, Esquire, as co-counsel on behalf of Plaintiff Edward Lloyd in regards to the above captioned matter.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney ID No. 85570
7 S. Morton Avenue
Morton, PA 19070

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ORLANDO A. ACOSTA and<br>EDWARD LLOYD | : :<br>: | CIVIL ACTION NO.: 2:17-cv-1462 |
| Plaintiffs,<br>v. | :<br>:<br>: | **JURY TRIAL DEMANDED** |
| DEMOCRTIC CITY COMMITTEE, et al. | :<br>: | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Matthew B. Weisberg, Esquire, hereby certify that on this 5th day of March, 2018, a true and correct copy of the foregoing Notice of Withdrawal of Appearance was served via electronic filing upon all parties.

**WEISBERG LAW**

/s/ Matthew B. Weisberg
Matthew B. Weisberg, Esquire
Attorney ID No. 85570
7 S. Morton Avenue
Morton, PA 19070