MILDENBERG LAW FIRM
1735 MARKET STREET, SUITE 3750
PHILADELPHIA, PA 19103
(215) 545-4870

Hon. Joel H. Slomsky
United States District Court
    Eastern District of Pennsylvania
601 Market Street, Room 13614
Philadelphia, PA 19106-1748

    Re:    *Acosta et al. v. Democratic Committee et al.*
            Civ. No. 17-1462-JHS
            <u>Request of Plaintiff Edward Lloyd to Proceed Pro Se and to Enlarge Time</u>

Dear Judge Slomsky:

    Shortly after the letter filed earlier today by Matthew Weisberg, Esquire (which was based upon an earlier confirmation of yesterday), Plaintiff Edward Lloyd contacted me and advised he had, after serious consideration, changed his mind since that confirmation, and that he would like to discharge his undersigned counsel in order to proceed *pro se* by filing a joinder as a *pro se* co-Plaintiff to the Amended Complaint filed by *pro se* Plaintiff Orlando Acosta.

    As the Court's deadline is today, this letter is to respectfully request on behalf of Mr. Lloyd an extension of time to file said joinder *pro se* and to allow his request to proceed *pro se*. After review with the Plaintiff, I have advised that it is not possible, as counsel, to add sufficient allegations to meet the Court's requirements in the Court's opinion, based on what the Plaintiff is able to allege.

    However, the Plaintiff now does not agree with counsel on this point, and counsel does not wish to file a pleading that is not in conformance with the Court's opinion, as such would not be proper as an officer of the Court.

    Plaintiff now requests to proceed *pro se* by joinder to the Amended Complaint filed by co-Plaintiff Orlando Acosta, without undersigned counsel, and wishes to discharge undersigned counsel. Plaintiff has made his request prior to the expiration of the deadline and as his counsel, I respectfully request that an Order be entered allowing Plaintiff an opportunity to join the said Amended Complaint *pro se* and that his request to discharge counsel be granted. If the Court wishes for Plaintiff to submit a Declaration confirming his instruction to counsel to seek the instant relief, counsel will be happy to obtain and submit same. Plaintiff requests the foregoing request to proceed pro se be granted.

                                                             Respectfully submitted,

                                                             */s / Brian Mildenberg*

                                                             BRIAN R. MILDENBERG