Date March 4, 2018

Acosta      Case NO.

Vs.         217-CV-01462

ETAL

The Democratic City committee Motion for reconsideration

To the honorable Judge Joel H slomski and administrative chief judge Lawrence Stengel

Back on January 23rd 2018 judge Joel H slomski file an order stating he was dismissing all the plaintiff complaints but in that order the judge stated any new additional information then plaintiffs could file a second amended complaint within 20 days of the judge's order being issued any amended complaints that were filed the defense attorneys we're giving 21 days fromthe date that the order was issued to respond to the amended complaint.

This is Mr Orlando- Antonio I filed my second amended complaint on February 12th 2018 it was docketed on the ECF electronic system with the court on February 13 2018 The defendant did not file anything at all until February 26th 2018 they filed a motion with the judge requesting for an extension for more time to respond to my amended complaint.

The Speaker of the House Mike Turzia, attorney KARL Myers sent a letter to Judge Joel H slomski and all the plaintiffs stating that he reached out to most of the defendants attorneys and they all agreed to do a uniformed amended complaint the only problem with that is mr. Orlando- Antonio is pro - se I was not included when this discussion took place by law the defense attorneys had an obligation to reach out to Mr. Orlando- Antonio but chose not to include me that is a violation of my civil rights. Judge Joel H slomski granted the defendants their request For an extension of time to respond to my amended complaint there was no grounds to Grant their request they let 14 days pass before they put the request in for the extension they only had seven more days before the deadline date the other plaintiff Cheri honkala and Lucinda little and mr. Edward Lloyd are not filing any amended complaints at all I spoke to mr. Edward Lloyd and he confirmed with me that he was not doing a amended complaint that he was going to wait on the judge's ruling and then put in an appeal with the third Circuit Court so there is no need for an extension for the defendant there's only one amended complaint that the defendants has to answer to and that would be Mr Orlando- Antonio so why does the defense need three weeks to answer one complaint I am asking the court to overturn its ruling and go back to the defense original deadline date would be March 6 2018 thank you very much sincerely yours Orlando- Antonio -by *Orlando-Antonio*

*Orlando-Antonio*