3/5/2018

Dear Judge Slomsky,

I Edward M. Lloyd do hereby respectfully request (your Honor) the Court to allow me to represent myself Pro Se in the Matter of Case No. 2:17-cv-01462. And to withdraw Attorneys Brian Mildenberg and Matthew Weisberg as my Attorneys. I also respectfully request that I be able to have an extension of ten (10) days to decide if I want to file my own Amended Complaint, do a Joinder with Mr. Acosta, or to withdraw the case all together.

Respectfully Submitted,
Edward M. Lloyd Jr.
Edward M. Lloyd Jr.