IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ORLANDO A. ACOSTA, et al.,<br>　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>DEMOCRATIC CITY COMMITTEE, et al.,<br>　　　　　　　　Defendants. | Civil Action<br>No. 2:17-CV-1462<br>(Judge Slomsky) |

## DEFENDANT SECRETARY'S MOTION TO DISMISS

　　Defendant Robert Torres, Acting Secretary of the Commonwealth, hereby moves to dismiss Plaintiffs' Second Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and incorporates by reference the accompanying Memorandum of Law in Support of his Motion to Dismiss.

　　　　　　　　　　　　　　　　　Respectfully submitted,

By:　　/s/ Timothy E. Gates
　　　　Timothy E. Gates (I.D. No. 202305)
　　　　Kathleen M. Kotula (I.D. No, 86321)
　　　　Pennsylvania Department of State
　　　　306 North Office Building
　　　　Harrisburg, PA 17120
　　　　Tel: 717-783-0736
　　　　Fax: 717-214-9899
　　　　tgates@pa.gov
　　　　kkotula@pa.gov

　　　　*Counsel for Acting Secretary of the Commonwealth*

Date: April 4, 2018