Case NumBeR 2-17 CV-01462

™ **Orlando Antonio Acosta** ©, Secured Party and Creditor
c/o 5355 Belfield Avenue
Philadelphia. Pennsylvania [19144-9998]
Continental America

FILED

APR 05 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

**ATTN:** ALL CORPORATE AGENCIES

Date: April 5, 2018

Debtor: ™ **ORLANDO ANTONIA ACOSTA** ©, A LEGAL ENTITY FOR USE IN COMMERCE # **SSN 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**

Creditor: ™ Orlando Antonio Acosta ©, A Living, Natural Male, and Secured Party.

### AFFIDAVIT OF STATUS AS SECURED PARTY AND CREDITOR

I, Orlando Antonio Acosta ©, sole authorized agent for the Debtor and by administrative judgement hereby serve your office with official notice of my lawful standing as Secured Party and Creditor. I have supreme authoritative power of attorney, sole security interest, and am the holder in due course of first right of claim over the Debtor, evidenced by a unlimited commercial security agreement lien. I control all affairs of the Debtor, own all assets of the Debtor, and am exempt from levy and relieved of all liability from the Debtor.

**NOTICE:** The following lawful establishments shall apply upon this notice:

1. All commercial contracts listing the Debtor have been lawfully cancelled, rescinded and revoked and are invalid and unenforceable.

2. As a Creditor and Secured Party, I am distinguished and set apart as a separate entity from the Debtor established so by lawful filings into the public and noticed with **THE SECRETARY OF STATE**, and the . My identity, ™ **Orlando Antonio Acosta**©, is copy written and no agency or person has authorization to use, disclose, report, list or store my name or my personal information for any purpose. Your agency is hereby ordered by Estoppel to remove all computer entries, records, histories, paper documents, references and details in the name of the Debtor and give notice to The Secured Party addressed below. Failure to comply is considered an International Criminal Action under **UNIFORM COMMERCIAL CODES** with severe penalty at law.

3. No agency or corporate entity shall have jurisdiction over the Secured Party whatsoever. The flesh and blood man, ™ **Orlando Antonio Acosta** ©, does not require licenses or permission to exercise any natural right.

If you find this **AFFIDAVIT OF STATUS AS SECURED PARTY AND CREDITOR** to be in error, send rebuttal of the points herein to the Secured Party and Creditor, signed by an authorized representative or attorney for your corporation under oath and agreement to testify to the facts and understanding before a jury under penalty of perjury.

Furthermore: If your corporate agency has any lawful commercial claim against the Sentient, Flesh and Blood, Non-Corporate, Natural Man, Orlando Antonio Acosta ©, submit it within (10) Ten days of the date of this notice to the address below with valid proof of claim.

If an authorized representative of your agency fails to respond with a valid affidavit of truth in the form of a rebuttal or does not or cannot provide a True Bill of Commerce and a Complete Assessment of any commercial claim against my natural being, or you ignore this notice and remain silent without stating your claim for a period of (10) Ten days, THEN YOU ACCEPT MY CLAIM OF LAWFUL ESTABLISHMENTS HEREIN by tacit agreement and MY AFFIDAVIT STANDS AS TRUTH IN COMMERCE. Your default under the maxims of law will constitute your AGREEMENT that any alleged claims against this Living, Breathing, Flesh and-Blood, Sentient, Natural Man, and Creditor and Secured Party, Orlando Antonio Acosta © are unfounded in common law and thus DO NOT AND CANNOT EXIST.


Honorably,

Affiant By: _Orlando-antonio-acosta_
Orlando Antonio Acosta ©, Secured Party, and Creditor
c/o 5355 Belfield Avenue
Philadelphia, Pennsylvania 19144-9998
Continental America

Authorized Signature: ™ ORLANDO ANTONIA ACOSTA ©  ORLANDO ANTONIA ACOSTA

Autograph & Seal By: Secured Party Creditor by Orlando-antonio-acosta
**WITHOUT PREJUDICE-WITHOUT RECOURSE-NON-ASSUMPSIT**
All Rights Reserved-Errors & Omissions Excepted

Dated: 5th Day of April , 2018

Notary Public's Signature: _Annette Kennedy_

Notary Public's Seal:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANNETTE KENNEDY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 22, 2019