
Case Number
217-CV01462

# William Francis Galvin
Secretary of the Commonwealth of Massachusetts

UNITED STATES TREASURY
1500 PENNSYLVANIA, NW
WASHINGTON, DC 20220



To Whom It May Concern:

This letter serves as notification that the SOC has received your filing information. Your filing has been assigned a filing number of 201844534160 and was filed on 3/14/2018 8:54:00 AM. The Secretary of the Commonwealth of Massachusetts thanks you for your compliance.

Sincerely,

William Francis Galvin
Secretary of the Commonwealth

Corporations Division · One Ashburton Place, 17th Floor · Boston, MA 02108

MA SOC   Filing Number: 201844534160   Date: 3/14/2018 8:54:00 AM

# UCC-1 Form

## FILER INFORMATION
*Full name:* ORLANDO
*Email Contact at Filer:* ORLANDOACOSTA979@GMAIL.COM

## SEND ACKNOWLEDGEMENT TO
*Contact name:* UNITED STATES TREASURY
*Mailing Address:* 1500 PENNSYLVANIA, NW
*City, State Zip Country:* WASHINGTON, DC 20220 USA

## DEBTOR INFORMATION
*Org. Name:* ORLANDO ANTONIO ACOSTA
*Mailing Address:* NORTH OFFICE BUILDING
*City, State Zip Country:* HARRISBURG, PA 17120 USA

*Org. Name:* ROCHELLE HARRISON ACOSTA
*Mailing Address:* NORTH OFFICE BUILDING
*City, State Zip Country:* HARRISBURG, PA 17120 USA

## SECURED PARTY INFORMATION
*Last Name (i.e. Family Name or Surname):* ACOSTA *First Name:* ORLANDO *Middle Name:* ANTONIO
*Mailing Address:* 5355 BELFIELD AVENUE
*City, State Zip Country:* PHILADELPHIA, PA 19144 USA

**TRANSACTION TYPE:** TRANSMITTING UTILITY
**ALTERNATIVE DESIGNATION:** BAILEE-BAILOR
**COLLATERAL IS HELD IN A TRUST**

## COLLATERAL
ALL PROPERTY BELONGING TO DEBTOR/BAILEE BELONGS TO SECURED PARTY. ALL PROPERTY AND PERSONS OF SECURED PARTY SUBJECT TO CLAIM AND DEFENSES BY SECURED PARTY: DECLARATION OF INDEPENDENCE FOR THE PROTECTION AND DEFENSE OF THE SELF-EVIDENT TRUTH, AND STATE AS ADMINISTRATOR AND USUFRUCTUARY, AND: SECURED PARTY RETAINS QUIET ENJOYMENT OF PROPERTY AND PERSONS WITH CARE AND MAINTENANCE PROVIDED BY USUFRUCTUARY. REVERSIONARY INTEREST ASSIGNED TO AND FOR THE ACCOUNT OF UNITED STATES UPON THE CONDITION PROPERTY SO RECEIVED BE SOLD AND THE PROCEEDS USED TO REDUCE THE PUBLIC DEBT AS GIFT OF GRATITUDE FOR EXTENSION OF HOSPITALITY FOR THE GIFT OF QUIET ENJOYMENT, INNOCENT PASSAGE AND SAFE HARBOR PER 12USC92(A)2