Case 2:17-cv-01462-JHS   Document 115   Filed 05/07/18   Page 1 of 1

5/7/2018          Pipeline Workspaces Mail - Motion - In the United States District Court For the eastern district of Pennsylvania Orlando Antonio vs Democr…

# Motion - In the United States District Court For the eastern district of Pennsylvania Orlando Antonio vs Democratic City committee Date May 7th 2018 case number 217-CV-01462

1 message

---

**Orlando Acosta** <orlandoacosta979@gmail.com>     Mon, May 7, 2018 at 1:50 PM
To: kbeaman@pipelineworkspaces.com

This - is- mr. - Orlando - Antonio- I - was
calling - on -the- courts -  wisdom - in obtaining - information - that - I - am
seeking - to - know - what- is- the- length- of- time that -a  - federal -court- has
- to - make - a - ruling  - on - a -default -  judgement - in - a - civil - case.-

 Is - the - court - judge (Joel H -slomski)- going - to - order - a - prove - up
hearing ? - or - will - he just - rule - on - the - default. Without - having - a prove
- up - hearing -  this - is - just - some -information-  that - I - am - trying - to -
get -  clarity - on - pertaining - to - my - case -thank - you - sincerely - yours -
Orlando - Antonio -  C.C. - chief - administrative - judge - Lawrence - Stengel.

*5/7/18*

*Annette Kennedy*

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
ANNETTE KENNEDY, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 22, 2019



*by Orlando A. acosta*

FILED

MAY 0 7 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

RECEIVED

MAY - 7 2018