Cc Administrative Judge Lawrence Stengel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

May 18, 2018

et al Orlando-Antonio
vs.
et al Democratic City Committee

CIVIL ACTION NO.
217-cv-01462

MOTION

To the Judge your honor

The defendants have now exhausted all of their legal Avenues they have not responded to my affidavit and they did not respond to any of my motions that I have filed with the court Please Grant me my default Judgment as soon as Possible, Thank you

5/18/18

[Notary seal: COMMONWEALTH OF PENNSYLVANIA NOTARIAL SEAL ANNETTE KENNEDY, Notary Public City of Philadelphia, Phila. County My Commission Expires April 22, 2019]

/s/ Annette Kennedy

by /s/ Orlando A. ariok