In The United States District Court
For The Eastern District of Pennsylvania

Orlando Acosta, Edward
Lloyd, et al.,
           Plaintiffs

    V.

Democratic City Committee,
Elaine Tomlin, Emilio
Vasquez, et al.,
         Defendants

Civil Action No.
2:17-cv-01462

FILED
JUN 01 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

Statement of Truth - State A Claim

I Edward M. Lloyd do hereby respectfully request a Trial in thee above mentioned case No. 2:17-cv-01462. Defendants have requested that above case be dismissed because Plaintiffs didn't state a Claim.

Plaintiffs have stated a claim from the beginning of This case of how they were damaged in the 2017 Special Election held in the 197ᵗʰ District.

I Edward Lloyd have diligently asked Attorneys, researched, and sought Answers of the Defendants Claim that we didn't state a claim. To no Avail that was unsuccesful. ~~Then~~ The Defendants never filed a Motion stating the case had No Merit, Nor did

(1)

The defendants or their counsel Admit or Deny any of The Allegation we stated in the Case reference The Special Election held on Tuesday March 21st 2017, The Defendants have done nothing but argue Jurisdiction and once The Courts gave an Opinion and allowed for a second Amended Complaint, Plaintiffs filed on second Amended Complaint Then Defendants filed Motion To Dismiss. Though several parties connected To The Alleged Fraud and Corruption in The Special Election was charged by State Attorney General Josh Shapiro and either They Took A Plea Deal, found Guilty of several counts of Felonies and Misdemeanors in Regard To The Speacil Election held on Tuesday March 21st 2017 also 1 more defendant has a Trial scheduled in June, 2018. Those defendants had Ties To the Defendants in this case Emilio Vasquez (Candidate - Ward Leader 43rd Ward) and The Democratic Party including The County Board of Elections who hired and Trained Those Election Board Workers.

I Edward Lloyd will Attempt To Answer my understanding of "State A claim" that defendants are claiming we didn't "State" I Edward M. Lloyd Jr, an Elected City and State Committeeman in the 3rd Senatorial District and 42nd Ward 6th

Division which is in The 197$^{TL}$ State Legislative District, Has run for The State seat since 2012 after The re-districting, previously was The 180$^{TL}$ District. In 2012 I Tried running and I Took my Petitions To Harrisburg seeking To be a Candidate on The Ballot. I was unsuccessful I came up short with enough of The required signatures, I accepted That ruling. In 2014 I ran again and I successfully made it on The Ballot actually I was number 1 on The Ballot in Harrisburg Then A Frivious last minute challenge by another Candidate That I wasn't properly served by law was Taken To Commonwealth Court, Inwhich I informed the Judge I myself wasn't served and I bought several registered voters To court with my Election Workers To Testify That They indeed were registered To Vote in The 197$^{TL}$ District and Lived in The 197$^{TL}$ District. Though The State Accepted my Petition and I proved That some of The signatures The, were challenging was legit (They even challenged my wife and childrens registration / signatures. The Judge said well, Us 3:00pm You have 2 hours To bring in approx 300 more people To prove They were registered and That was Their signature (Impossible Mission) or I could appeal To The Higher Court. I Stated I dont have

$20,000.00 $50,000.00 dollars that Attorneys wanted to charge me to do that. I also informed the Courts/Judge that the Gentlemen who challenged me Danilo Burgos and his Attorney Mr. Vance offered me $20,000.00 and a Job if he won if I was willing to back out the race and stop fighting or going thru the signatures at the County Board of Elections that the Judge ordered us to go to match up the signatures on the Petitions that they were trying to get tossed. She asked me if I had evidence or proof witnesses of them saying that to me I said no it was just us 3 three and of course they denied it. Again I accepted the defeat and took the loss, lesson learned. The Judge Removed my name off the Ballot #1 but left my name on the Ballot for State Committeeman and City Committeeman, If my signatures was no good for State Representative Then it shouldn't have been good for State Committeeman or City Committeeman, My Constituents and the Voters Thought they were voting for me for State Representative That year I had more votes in Theory than Leslie Acosta Danilo Burgos and other Candidates if the frivolous challenge didn't happen and my name wasn't Removed for State Representative. The Voters

(4)

of The 197th District didn't understand That I was removed for State Rep Their Intention was To vote for me. If you look at The votes I received for State Committeeman and The votes That Leslie Acosta and Danilo Burgos had combined I had 3x+ Their votes. The people of The 197th District wasn't allowed To vote for who They Truly wanted.

Then in 2016 Leslie Acosta Pled Guilty To Corruption and The Democratic Party Knew of all her Legal Issues but sTill supported her in The 2016 Primary she went unchallenged because she was The Incumbent. Then after The 2016 Primary The Corruption of Renee Tartaglia, Sandy Acosta, and Leslie Acosta came out. So In The November General Election several write-In Candidates Including myself did a write-In Campaign I received The most votes of That General Election (50 Total) I received a phone call from The Commissioners office stating if Leslie is forced To Resign or Resigns due To The Corruption Case I would be declared The Winner. Leslie Acosta and The Democratic Party Knew That and she prolonged herself from resigning though The State House was pressuring her To stop down.

Mr Orlando Acosta another Write-In Candidate
of that 2016 General Election (14-16 votes)
Filed a challenge In Commonwealth Court to
declare him the winner because he was the
only one who filed a challenge that Leslie
Acosta wasn't eligible to hold her seat because
she took A Plea Deal (Pled Guilty) in the
Corruption Case of Renee Tartaglione, Sad, Acosta,
and herself Leslie Acosta. The Courts dismissed
his case. Then after alot of Pressure from the
State House Telling Leslie Acosta she wasn't welcome
on the Floor and wouldn't be able to represent the
197th she announced she would resign. The House
then announced a Special Election to be held
on Tuesday March 21st 2017. I thought this was
a perfect opportunity for me again to run for
office to Represent the 197th District. The
rules for the Special Election was the Parties could
Endorse their Candidates. The Republican Party Endorsed
Lucinda Little (allegedly was living in Florida and registered
to vote in Florida) The Democratic Party Endorsed
Freddie Ramirez (allegedly was living in Bucks County)
and the Green Party Endorsed Cheri Honkala.
Cheri Honkala was removed from the Ballot
because she filed her papers a day late. Freddie
Ramirez was challenged in Court reference his
Residency (he lost) and was removed. Leaving Lucinda

(6)

Little The only Eligible/Legal candidate to run Floyd she was running as a republican candidate she was seen twice on camera leaving The Democratic Party Headquarters on Spring Garden street reported by The News Media.

The Democratic Party Tried defending Freddie Ramirez Residency claiming he lived in the 43rd Ward in the 197th District but The Courts ruled he didnt and gave The Democratic Party a chance To replace or Endorse another Candidate a meeting was held amongst the Ward Leaders and They decided To stick with Freddie Ramirez. Then the Courts ruled That No Democrat only The Republican would be on The Ballot.

Wherefore The Ward Leaders and Democratic Committeeman held (2) meetings last one was held at The Democratic City Committee Headquarters To Announce They were going To back Emilio Vasquez as The Write-In Candidate. My name was mentioned by The Ward Leader Elaine Tomlin but The vote went To Emilio by all The Ward Leaders.

I Then prepared and Campaigned in The 197th District going door To door Canvassing The District and Talking To The Voters for Their support once again on Election day

On Tuesday March 21st, 2017 The Special Election

I Edward Lloyd was informed by Then Elected Comm. Woman Bryant Hill 42 ward - 6 Division That a meeting was held with Comm. Tree people & Election Workers The Democratic Ward leaders and Candidate Emilio Vasquez and they were discussing how They were going To cheat on Election Day March 21st, 2017. He (Bryant Hill) spoke up and stated I'm not doing That it's wrong and illegal. Then after The Meeting Candidate Emilio Vasquez pulled him To the side and asked him why he wasn't on Board To Support Him. All This information was given To Special Agent McHugh from State Attorney General Josh Shapiro.

Due To All The Corruption, Fraud and Conspiracy To cheat on Election Day by Election Board Workers, Ward leaders, and Comm. Tree people. I was damaged Emotionally, Financially, I haven't been able To gain Employment since I filed This Lawsuit last year. I had To File Bankruptcy due To The lost I Took and I funded my own campaign from my wife and I Pensions and Life savings leaving a bitter atmosphere in my household from The actions of The Defendants and That I'm not able To gain Employment In which I believe its out of retaliation of This

(8)

case, I lost my car it was repossessed. I spent at los approximately $50,000.00 of my life savings my pension of wifes pension to run for office and all I wanted was a Fair, Honest, Equally Opportunity to run for State Representative and that was taken away from me several times, The first few times I took as lessons I accepted my loss, but this last Election I had to seek help by the Federal Courts because they were just bold in how they Conspired and Acted on cheating on Election Day, March 21st, 2017. I have lost weight tremendously, I have been depressed, My family is upset with me to the point I have been considering moving to get a fresh start. I have been contemplating resigning and leaving the Democratic Party, because of what they keep doing to me. I have done & served & supported the Democratic Party for approx 30 years. since I was a little boy I had dreams & wishes to be a State Representative representing people where I resided (community, District.). All of that has been crushed I sit back and see how so many people can fulfill their Dreams and I've been victimized and mine has been stolen, not once, not twice, but three times. I have tried to stay positive and strong keeping my faith and believe in God, And I'm actually writing this.

(9)

because The Lord Touched my heart for The 3rd
Time during This case To submit This but I was
Told by people The last 2x not Two but The
Lord spoke To me again last night and I have To
be obedient.

Your Honor I'm no lawyer, I'm not rich, and
I don't have much but what I do have and
always have is my Honor, Respect, love for People,
my Community, my Dedicated will of Service of
Helping People. I'm not Perfect I have made alot of
Mistakes in my Life Time but my Mistakes help
change my life Around and GOD Knows all I
ever wanted To do is do the same for others.
My work speaks for itself. I forgive all Those
That have done wrong To me for They Know not
what They do or done. I would've been a Great
Leader in the 197th District. I understand nothing
in Life is Perfect but we live in a World and
Country of Opportunity and though I don't have
a Degree or I'm not The Smartest Person I
can hold my head up high knowing I followed the
Law & Rules. My Opportunity was stolen by individuals
for whatever The reason but Those same individuals
That blocked me from the Democratic Party in the
197th District since 2012 have been accused or found
Guilty of somekind of Fraud & Corruption from

J.P. Mirada, Leslie Acosta, to this case, I only wanted
to have my day in court and let a Judge or Jury
decide on what was done Legally or Illegally.

I will End with this I was a little boy/
youngman who was raised to be honest no matter
what right or wrong I was raised in church
Fountain of Life Center. I took care of my
Father (20) heart attacks bound to wheelchair and
my Mother and Grandmother starting at the age
of 11 years old. I didn't have the same path
as other children I was mainly home schooled and
received my G.E.D. at Temple due to my family
responsibilities & other reasons, Yes I made mistakes
as a youngman but I learned and grew up and took
responsibility and became a man I ~~took~~ continued
caring for my Terminally ill mother from 11 years
of age (she wasn't supposed to live past 37 years old)
until 41 years old (my mother was 61 years old when
she passed) I did that on my own out of 20 children
siblings. I was aloud by the Courts to be her power
of Attorney and Care Giver at a young age. My dad
and Grandmother had passed away and left a house
that was in Foreclosure, I applied to be Administrator
and the Courts granted me Administrator of my Dads
Estate. My Stepmother and sisters and Brothers wanted
the House to go to Foreclosure & be sold at

sheriffs sale (at the Time the house value was at approximately $57,000.00 in needed alot of repairs.) So I asked the Judge for an Opportunity to save the House I was raised in that I Took care of my Grandmom & Dad in. He Told my siblings I'm going to Grant him an opportunity to save the house I was only approx 22 yrs old. So the Judge gave me 7 years to fix it up & save it. I was able to fix it up bringing the Value from $57,000 to approx $150,000.00. I went to a real estate Investor that my Attorney that was handling the Estate referred me to I was advised let the House go to sheriffs sale I put up $20,000.00 and the Real Estate Investor put up $60,000.00 to buy it back from the bank at sheriffs Sale I was young and didn't Know anything I Trusted my Attorney and after we won the bid at the sheriffs sale. We paid the sheriffs office and then as we were leaving the Realtor says to me you have to Turn/sign the House Deed over to me until you pay me the $60,000.00 back not Knowing I Trusted this man and this Lawyer of mine and signed it over not Knowing I was being screwed. The next day, I got a postcard in the mail from this realestate Investor Key Properties stating he just sold my house. I called the Attorney he played Dumb and upset

I immediately rushed to the Judge that gave me the Opportunity to save my family Home, He saw that I was railroaded and stated sit down I'm going to have to recuse myself from the case but I'm going to tell you what to go do immediately. He advised me a 22 yr old Kid who was just trying to do right. To go file a Lis-pendens to stop him from selling my Home then he said he advise me to find an attorney to sue both Thee attorney & Realator for malpractice & usery & fraud, What that Judge did was allow me to have a fighting chance in court before another Judge/Jury and we won that case.

Wherefore I am respectfully requesting this said court the Honorable Judge Joel Slomsky To grat me and thee other Plaintiffs a fair opportunity and chance to go to Trial against those who have caused Emotional and Financial and other harms due to the illegal activity, conspiracy, Fraud, and cheating that occured on Tuesday March 21st 2017 Special Election, 2 The 197rd District.

In God We Trust, Asking for Mercy from The Court to Deny The, Defendants request of Dismissal

stating we didn't state a claim, The facts and all the charges that have occurred surrounding there allegation, This Lawsuit that was filed on March 31st 2017, The defendants that were charged and Pled Guilty or Found Guilty, The Wardleaders and Elected Board Members including Comm. Freeman who stepped down due to this case. And even Mr. Emilio Vasquez who ran as Incumbent again in the 2018 Primary didn't even get half the votes he claims to have gotten as a Write-in Candidate. should be all Taken into consideration I personally am not seeking 10 million dollars or 5 millions or 1 million dollars. I'm only asking to be heard a trial, and my wife myself and family be made whole due to the Defendants illegal behavior and Deeds reference the 197th District Election, Thank you. God Bless.

Respectfully, Submitted
Edward M. Lloyd.
06/01/2018

(14)

Positions of Elected Official - Voted by The People

14. Register of Will (1)

15- City Commissioners (3)

16- City Council Members - District

17- State Representatives. District

18. State District Senator

19 At-Large City Council Members

20. ( City Committeeman / Comm Teewom
    State Committeeme / committeewom )

21. Judge of Election - Elected or Appointed by Court
    of Common Pleas

22. Majority Inspector -

23. Minority Inspector -

24. Clerk - Appointed by Minority, Inspector
25- Machine Bilingual Judge Inspector - Appointed by City Commission
    ( ✱ Note )
A. Ward Leader
b. Chairman          All voted in by Committee people
C. Party Chair       Must be an Elected committee per
                     To vote Legally.

(15)

Positions of Elected officials — Voted by the People.

1. President of the United State,
   Vice President of the United States,

2. Governor of Each State

3. Senators of Each State

4. Judges of Supreme Court

5. Judges of Superior Court

6. Judges of Commonwealth Court

7. Judges of Common Pleas Court.

8. Judges of Municipal Court.

9. District Attorney of City, Suburb, Town, etc...

10. Attorney General of Each State

11. United States Attorney General

12. Mayor — City, Suburb, Town, etc.

13. Sheriff — City, County, Town, etc...

16

① Govenor - T. Wolf

② Speaker of the House - M. Turzai    ③ DepS of State  PCave

④ Pennsylvania Dept of State          ⑤ Philadelphia County Board
Bureau of Commission                   of Elections
Elections, and Legislature

⑥ City Commissioners.                 ⑦ Democratic City Committee
Lisa Deeley                            Bob Brady
Anthony Clark.                         Republican City Committee
Al Schmidt.

⑧ Ward Leaders 197th                  ⑨ State Rep
Elaine Tomlin                            (?) Leslie Acosta
Carlos Matos                             (?) Emilio Vazquez
Duran Lilley
Emilio Vazquez
Jewell Williams
Shirly Gregory
Barbara El

⑩ Committee people - 197th           ⑪ Judge of Election
                                        Majority Inspector
                                        Minority Inspector
                                        Clerk.
                                        Machine Operator
                                        Bilingual Interpreter

(17)

12) Walcher
District Attorney
Committee of 70
Attorney General



Pennsylvania — Wolf

Pennsylvania Governor — Wolf

Department of State
Bureau of Elections — Pedro Cortez
Speaker of the House — Mike Turzai

Pennsylvania
Department of State
Bureau of Commissions,
Elections, and Legislation

Democratic C.O. Committee — Bob Brady

Ward Leaders — Carla Matas, Elaine Tomlin, Emilio Vasquez, Jewell Williams, Shirley Gregory, Dwayne Lilley

Committeeman/woman — 1917 Diod, Committee of 70

Philadelphia County Board of Elections — Lisa Deeley, Al Schmidt, Anthony Clark

Philadelphia City Commissioners

Attorney General

Judge of Elections

Majority Inspector, Minority Inspector
Clerk
Bilingual
Machine operator

19

1. Govenor Roll —

2. Secretary of State Roll =

3. Speaker of The House Roll —

4. Department of State Bureau Roll —

5. County Board of Elections Roll —

6. City Commissioners Rolls —

7. District Attorneys Roll —

8. Committee of 70 Roll —

9. Democratic State Committee Roll —

10. Democratic City Committee Roll —

11. Democratic State Committee Chairman Roll — Croce, Marc

12. Democratic City Committee Chair Roll — Brady, Bob

13. Wardleaders In The District Roll — 197th

14. Majority Inspector Roll —

(21)

15. Judge of Election Roll –

16. Minority Inspector Roll –

17. Clerk Roll –

18. Machine Operator Roll –

19. Committeeman State Roll –

20. Comm. Weeman City Roll –

21. State Representative Roll –

22

22. Attorney General Roll

x 23. US Attorney General Roll (?)

24. Poll Watchers Roll — (Certificates for Candidates
watches.

25. Roll of Lieutenant Governor —