A letter to the Honorable judge Joel H Slomsky C.C. chief judge Lawrence F. Stengel Date June 4th 2018

To the Honorable Joel H slomski this is Mr Orlando Antonio I am writing you this correspondence to let you know that I do understand that the courts of the United States are doing business under commercial law here in the United States courts are based around equity and very little to do with law. I also understand that when an individual files a case in Court he or she is structuring a contract with the courts and then the case gets assigned a case number then it gets assigned to a judge. Courts are also public trading companies like the depository Trust Company. And the depository Trust and Clearing Corporation these two company owns the courts in the United States SO The reason that I'm saying all of this is because currently I have a contract with the Eastern district Court of Pennsylvania in Philadelphia case number 217-CV01462 and currently there are two motions pending one by the defendants asking the court to dismiss the case and a second motion by the plaintiff Orlando Antonio asking the court to Grant a default judgement against the defendant for not responding to his affidavit filed on 5-3 2018 I would like to settle out the contract that was created with the courts thank you sincerely yours Orlando Antonio P.S. there is a public and private side to everything IN this world in dealing with everything as it relates to Commercial Business in the United States I would like to settle this matter on the public side if at all possible. Thank you sincerely yours by Orlando Antonio

FILED
JUN 04 2018
KATE BARKMAN, Clerk
By _____ Dep. Clerk

Sworn to and subscribed before me this 4th day of June 20 18.

_Shyvette Brown_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Shyvette Brown, Notary Public
Philadelphia City
Philadelphia County
My Commission Expires 08-18-2020

by Orlando A. _____