**Judi Lawrence**

| | |
|---|---|
| **From:** | Orlando Acosta <orlandoacosta979@gmail.com> |
| **Sent:** | Tuesday, June 26, 2018 3:17 PM |
| **To:** | centercitynotary100@gmail.com |
| **Subject:** | This is a letter referencing to the defense argument that I failed to state a clam. I stated a claim Acosta vs Democratic City committee case number 217-CV01462 Date June 26 2018 |

This is a letter to the defense and the courts from pro se litigant mr Orlando Antonio I am writing this correspondence because I did State a claim back on April 17th 2018 docket number 113 when I filed a Affidavit of Truth in the Affidavit of Truth I stated what my damage were and how I was affected emotionally and how it had affected my family and my marriage and also my income. Thank you sincerely yours mr. Orlando Antonio

by *Orlando Acosta* [signature]

Sworn to and subscribed before me this 26th day of June 20 18.

[signature: Diane Twyman]

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
DIANE TWYMAN
Notary Public
CITY OF PHILADELPHIA, PHILADELPHIA CNTY
My Commission Expires Sep 30, 2019

FILED
JUN 26 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

1