**usa0669@fedex.com**

| | |
|---|---|
| **From:** | Orlando Acosta <orlandoacosta979@gmail.com> |
| **Sent:** | Friday, June 29, 2018 2:43 PM |
| **To:** | FedEx Kinko's Marriott Hotel |
| **Subject:** | Motion Requesting a default judgement be entered against Leslie Acosta/ etal Acosta vs the Democratic city committee 217CV01462 Case Number |

I Orlando  Antonio am requesting a default judgement be entered against Leslie Acosta she is listed in this  case she never responded to anything in this case this is a formal request to the court clerk to please enter a default judgment against Leslie Acosta and I am also making a formal request to the judge to please grant me a default judgement against Leslie Acosta thank you very much sincerely yours Orlando Antonio

FILED

JUN 2 9 2018

KATE BARKMAN, Clerk
By_____Dep. Clerk

Sworn to and subscribed before me
this _____ day of _____ 20 ____.

Commonwealth of Pennsylvania - Notary Seal
JUDITH P. LAWRENCE, Notary Public
Philadelphia County
My Commission Expires April 17, 2020
Commission Number 1093078

by Orlando Antonio

1

## INDIVIDUAL ACKNOWLEDGMENT

State of _Pennsylvania_         County of _Philadelphia_

On this _29_ day of _June_ , _2018_ , before me
_Judith P. Lawreau_ , the undersigned Notary Public, personally appeared
_Orlando A. Acosta_ (Name(s) of Signer(s)

❏ Personally known to me – OR -

■ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

_____
Signature of Notary Public

_____
Any other Required Information (Printed Name Of Notary, Expiration Date, etc.)

**OPTIONAL**

This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alternation of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document:**

Title or Type of Document: _Email_

Document Date: _6/29/18_   Number of Pages: _1_

Signer(s) Other Than Named Above: _____