Et al Acosta vs Democratic Pary
Case number 217-cv 01462

I Orlando Antonio am informing the courts that I am reserving all my rights under UCC1-308 without prejudice reserve all my reservation of All My Rights under the Uniform Commercial Code of the United States under this code

by Orlando A. Clark        Date 7-11-2018

Sworn to and subscribed before me
this 11 day of July 20 18.

*[Notary signature]*

Commonwealth of Pennsylvania - Notary Seal
JUDITH P. LAWRENCE, Notary Public
Philadelphia County
My Commission Expires April 17, 2020
Commission Number 1093078

FILED
JUL 11 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

### INDIVIDUAL ACKNOWLEDGMENT

State of __Pennsylvania__    County of __Philadelphia__

On this __11th__ day of __July__, __2018__, before me
__Judith P Lawrence__, the undersigned Notary Public, personally appeared
__Orlando Antonio Acosta__ (Name(s) of Signer(s))

☐ Personally known to me – OR –

■ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

*Signature of Notary Public*

```
Commonwealth of Pennsylvania - Notary Seal
JUDITH P. LAWRENCE, Notary Public
Philadelphia County
My Commission Expires April 17, 2020
Commission Number 1093078
```

*Any other Required Information (Printed Name Of Notary, Expiration Date, etc.)*

### OPTIONAL

This section is required for notarizations performed in Arizona but is optional in other states. Completing this information can deter alternation of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document:**

Title or Type of Document: __Letter__

Document Date: __7/11/18__   Number of Pages: __1__

Signer(s) Other Than Named Above: _____