IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ORLANDO A. ACOSTA, et al.,

    Plaintiffs,

v.

DEMOCRATIC CITY COMMITTEE, et al.

    Defendants.

CIVIL ACTION
NO. 17-1462

## **ORDER**

**AND NOW**, this 30th day of August 2018, upon consideration of the Third Amended Complaint of Plaintiff Orlando A. Acosta (Doc. No. 91) joined by Plaintiff Edward Lloyd (Doc. No. 103); Defendants' Motions to Dismiss (Doc. Nos. 105-110); Plaintiff Acosta's supplemental filings (Doc. Nos. 111-113, 115-117, 119-122, 124); Plaintiff Acosta's Motion for Default (Doc. No. 114); Plaintiff Lloyd's Statement of Truth (Doc. No. 118); and Plaintiff Acosta's Motion for Default Judgment (Doc. No. 123), and in accordance with the Court's January 23, 2018 Opinion and the Opinion issued by the Court on this day, it is **ORDERED** as follows:

1. Defendants' Motions to Dismiss (Doc. Nos. 105-110) are **GRANTED**.

2. Plaintiff Acosta's Motion for Default (Doc. No. 114) is **DENIED**.

3. Plaintiff Acosta's Motion for Default Judgment (Doc. No. 123) is **DENIED**.

4. The Clerk of Court shall close this case for statistical purposes.

BY THE COURT:


/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.